FILED
CLERK, U.S. DISTRICT COURT

AUG 3 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

IFP Submitted

1   Rosario Adolfo Reyes Jauregui
2   PO Box 2355
3   Huntington Beach, CA. 92647
4   rjreyesrealtor@gmail.com
5
6   Plaintiff in Pro Per
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11  Rosario Adolfo Reyes Jauregui,        Case No.: 8:23-cv-01633-MWF-(AJR)
12              Plaintiff,                 (To be supplied by the Clerk)
13  vs.
14  Department of Homeland Security       **CIVIL RIGHTS COMPLAINT**
15  Federal Bureau of Investigation       **FOR DAMAGES PURSUANT TO**
16  Huntington Beach Police Department    **42 U.S.C. § 1983 (non-prisoners)**
17  David Hoang
18  Does #1-7                             **DEMAND FOR JURY TRIAL**
19              Defendant(s).

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.
Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the Defendants are
Federal and local government agencies, and Plaintiff resides within the Court's
district in Orange County, California.

Form prepared by Public Counsel.
© 2010, 2013 Public Counsel.
All rights reserved.
Revised: August 2013

## III. PARTIES

3.     Plaintiff  ROSARIO ADOLFO REYES JAUREGUI  resides at:

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

4.     Defendant  DEPARTMENT OF HOMELAND SECURITY

2707 Martin Luther King Jr. Ave. SE Washington D.C. 20528-0525

Defendant's title or position is  U.S. Government agency

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: it is a government agency.

5.     Defendant  FEDERAL BUREAU OF INVESTIGATION

935 Pennsylvania Ave. NW, Washington D.C. 20535

Defendant's title or position is ___U.S. Government Agency_____.

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: it is a government agency.

———————

Civil Rights Complaint Pursuant to U.S.C. § 1983

2

6.      Defendant  HUNTINGTON BEACH POLICE DEPARTMENT

2000 Main St, Huntington Beach, CA. 92648.

Defendant's title or position is _City police agency____.

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because:  it is a police agency.


7.      Defendant  DAVID HOANG

15181 Bucknell Ave. Wesminster, CA. 92683.

Defendant's title or position is  ____UNKNOWN_____.

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because:  he was receiving
instructions from agencies involved.

8.      Defendants:  DOE'S #1-6

Residences Unkown

Defendant's title or position is ____UNKNOWN_____.

This Defendant is sued in his/her (check one or both):

☒  individual capacity                  ☒ official capacity

_____

## IV. STATEMENT OF FACTS

### Background

1.      Plaintiff (hereby "Plaintiff," or "Mr. Reyes" or "He/Him") is a 48 year old competent man who lives in Orange County, California and has been living in Southern California his whole life. Plaintiff is a former Realtor who has been trying to start a car business but has been prevented from doing so by unknown agencies in charge. In the meantime, he is currently a rideshare driver for Uber and Lyft. Plaintiff has never smoked cigarettes or used illegal drugs in his entire life.

2.      Plaintiff alleges that law enforcement and apparent Federal agencies in charge have been targeting Mr. Reyes and his family (mother, father, brothers, and sisters) for unknown reasons in past years.

3.      Recently, Defendants have been targeting Mr. Reyes and his family since about May 2021 until today August 2023, by viciously harassing the Plaintiff, threatening his life through words and actions, breaking into his residence and vehicles on a daily and nightly basis, vandalizing his vehicles, damaging his property; planting foreign substances and human hairs in his food; and spraying unknown, toxic, and possibly cancerous aerosol sprays, including possible "knock-out" sprays onto Plaintiff's clothes, bed, and vehicles through air vents and airways at his residences and vehicles, as well as manually. These toxins and foreign substances have been making Plaintiff sick with various ailments, for which he has sought medical treatment and which are outlined in this Complaint as well as demonstrated in Exhibits.

4.      Plaintiff believes he may have been framed for some unknown crime/s by Defendants, and for which they are causing numerous violations of law against him and his family, including Conspiracy, Death Threats, Poisonings, Vandalism of personal property, Planting of Evidence, Destruction of Evidence, Defamation, and multiple other Federal and State violations which will be outlined in this Complaint.

5.      Defendants have also sprayed or planted Biowaste such as urine and feces in Plaintiff's bedroom, vehicles, and clothing in closet on an ongoing basis for 2 years in an apparent attempt to make him appear mentally ill, to harass him,

and to inflict emotional, physical, and psychological distress.

**6.**      Plaintiff has factual evidentiary support of these claims in the form of hundreds of photos and videos with time stamps, documentation, witnesses, police reports, hospital reports, physical evidence, and personal journals.

**7.**      Plaintiff has contacted multiple civil rights law firms, but has been prevented by Defendants from attaining an attorney [See Paragraph 33].

**8.**      During this 2-year time frame, from May 2021 to August 2023, Plaintiff has filed numerous police/incident reports in Huntington Beach, Westminster, Midway City, and Garden Grove alleging numerous break-ins and severe damage to multiple vehicles that the Plaintiff has owned.

**9.**      On 9-1-21, Plaintiff contacted the FBI Los Angeles office at (310)477-6565 and spoke with an agent. Plaintiff stated to him that someone, possibly a police agency, was planting evidence in Plaintiff's vehicles and bedroom of his residence. However, the agent stated, "Nothing like that is FBI jurisdiction" and directed the Plaintiff to call police, oddly enough.

**10.**      On 10-13-21, Plaintiff filed a Federal Civil Rights complaint with the U.S. Department of Justice, Civil Rights Division, and mailed an Addendum to that complaint on 11-4-21 [See Exhibit A, Exhibit B; Complaint Number 108079-PNF].

**11.**      However, Defendants have not stopped the ongoing abuse, break-ins, harassment, violations of law, and destruction of Mr. Reyes' property. In fact, Defendants have intensified their reckless, outrageous, andunconstitutional activities on a daily and night ly basis since then until today, August 2023.

**12.**      Plaintiff also alleges that his family, especially his mother, have been subjected to similar types of abuse and harassment, including possible poisonings and suspicious deaths by Defendants and their agents, recently and in past years, and which will be further outlined in this Complaint. Plaintiff and his mother have suffered serious injuries as a result of the malicious and intentional actions of the Defendants and their agents.

———

**13.**     Family members suspect foul play in the death of Plaintiff's younger brother, Elias Reyes, Jr., on 4-12-2014, as well as the recent death of their father, Elias Reyes, Sr., on 3-15-22 [See Confidential Reports: Exhibit C, Exhibit D].

**14.**     No warrant has ever been shown to the Plaintiff, and he has never given permission to strangers or roommates to enter his residence.

**15.**     Plaintiff is not involved in any crime and does not have any enemies. Moreover, he is not involved in any criminal organization and maintains his innocence of any crimes in which law enforcement and the government seem to be trying to frame him. These factual contentions have evidentiary support documenting the ongoing illegal and malicious harassment, injuries, damages to property, as well as the cruel and unusual punishments that the agencies in charge in coordination with local law enforcement have been intentionally inflicting on Mr. Reyes for the past 2 years, and possibly longer against him and his family.

**16.**     Plaintiff alleges multiple Claims as stated below and is pursuing award of damages as well as other Relief which is stated in "Request for Relief."

### Breaking and Entering, Unlawful Search and Seizure

**17.**     From May 2021 to August 2023, Plaintiff alleges that law enforcement and private individuals--at the direction of agencies in charge--have been using multiple and brutal methods of Harassment against the Plaintiff in order to cause injuries and intentional infliction of emotional and psychological distress against Plaintiff. Plaintiff alleges that numerous people have been allowed to break into his locked residences and vehicles without a warrant on a daily basis when Plaintiff leaves for work. Plaintiff has numerous photos and video evidence with time stamps documenting the break-ins [Viol. of 4th Amend., 5th Amend., 14th Amend., 42 U.S.C. 1985, 18 U.S.C. 241, 18 U.S.C. 242].

**18.**     Plaintiff has moved four times during this period in order to avoid the harassment and break-ins at his residences, but Defendants and their agents have followed the Plaintiff to each residence and continued their illegal, outrageous, and unconstitutional activities at each residence. The negligent and reckless conduct by Defendants have caused significant injuries and distress to the Plaintiff, and which are further outlined below.

———

**19.**      On 8-13-21 and 8-24-21, the Plaintiff contacted the Huntington Beach Police Department to report break-ins in his vehicles and residence at 7732 Liberty Drive #B in Huntington Beach, California [Police Reports/Incident reports available]. Officers did not investigate his vehicles or his residence [Viol. of 4th Amend., 42 U.S.C. 1985; 34 U.S.C. 12601; 18 U.S.C. 241; 18 U.S.C. 242]. Instead, they directed their questions towards the Plaintiff:

**(a)**      The perpetrators planted multiple items in Plaintiff's bedroom and vehicles, which included the following items: (1) fine black powder, (2) long female hair strands, (3) a dark beanie cap, (4) alarm disabled on Plaintiff's 2004 Audi A4, (5) rear windows disabled on same Audi A4, (6) a wiring diagram placed on the console of the Audi A4, (7) possible fingernail clippings left on carpet of Plaintiff's bedroom [Multiple Photos taken] [Viol. of 14th Amendment; 42 U.S.C. 1985; 34 U.S.C. 12601; 18 U.S.C. 241; 18 U.S.C. 242].

**(b)**      When officers arrived on 8-13-21, Officer Stuart took the report, and the bodycam he was wearing on his chest was recording. However, the police refused to take any evidence from Plaintiff's residence or his vehicles, even though Mr. Reyes requested that they did by stating to them, "Aren't you going to check the items that they've planted?" and which Officer Stuart replied, "No, we have everything." [Viol. of 34 U.S.C. 12601; 42 U.S.C. 1985; 18 U.S.C. 241; 18 U.S.C. 242]. While Mr. Reyes was speaking with Officer Stuart, he noticed movement in the back of the SUV police cruiser that was parked next to him and the officer. Mr. Reyes noticed that there was an officer in the backseat of their SUV with a possible AR-15 rifle pointed at him. Once Mr. Reyes noticed the officer in the backseat, Officer Stuart then moved in front of the SUV windows to block the view. Mr. Reyes also noticed that Officer Stuart was being given instructions through an earpiece in his right ear. At another point, while Officer Stuart was taking notes, it appeared that he was instructed to block the bodycam he was wearing with his notepad when a possible undercover agent, John Doe #1 (who is referenced in Paragraph 35), walked near them. No physical evidence was retrieved by HBPD, nor were any photos taken of Mr. Reyes vehicles or bedroom [Viol. of 34 U.S.C. 12601; 42 U.S.C. 1985; 18 U.S.C. 241; 18 U.S.C. 242].

**22.**      Plaintiff alleges that the Liberty Drive residence was under full surveillance at that time, including electronic surveillance in his room, and that the agencies in charge knew exactly who was going into his residence and at what times. Plaintiff moved out of the residence on 10-15-21 to Wesminster, CA..

———

Civil Rights Complaint Pursuant to U.S.C. § 1983

23.     On 6-15-22, what appear to be two law enforcement investigators, Jane Doe #2 and John Doe #3, were recorded by the Plaintiff entering his new residence at 15181 Bucknell Circle in Wesminster, CA. and speaking with a roommate named "Stephen" (John Doe #4) [Police report made; Video evidence in Plaintiff's possession]. Jane Doe #2 had a possible gun on her right hip and a badge on her left hip. They approached the residence in a white Prius, exited the vehicle, and hid behind some bushes away from the security cameras of the residence. As they waited, Jane Doe #2 looked in Plaintiff's direction and gave him a scowl. It appeared that they were waiting for the outside security cameras to be turned off by someone else, and Jane Doe #2 seemed frustrated. They also appeared to be getting instructions through earpieces by someone else, and when they received the signal that the cameras were turned off, they approached the front door. Both Jane Doe #2 and John Doe #3 shook hands with the roommate named "Stephen" and entered the residence for an unknown amount of time [Viol. of 34 U.S.C. 12601; 42 U.S.C. 1985; 18 U.S.C. 241; 18 U.S.C. 242]. When Plaintiff came back to his room later in the day, he noticed that the doorknob was scratched (photos documented) and that his room had been broken into. Plaintiff's bed and clothes were moved around. A strong odor of what smelled like 'fine' or 'acute chlorine' was also present in the room. Plaintiff took multiple photos and collected physical evidence [Physical Evidence in Plaintiff's possession]. The 'chlorine' spray made Mr. Reyes sick, nauseous, and extremely drowsy, and Defendants may have poisoned his milk and Nyquil. Plaintiff had sought medical attention on 3-18-22 and 6-21-22 [See Exhibit E, Exhibit F, and Paragraph 51]. Mr. Reyes also collected, as evidence, gray hairs which were planted on his left-over pizza in his refrigerator and which appeared to match John Doe #3's gray hairs [Viol. of 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985]. Mr. Reyes also collected as evidence dark female hair strands which appeared to match Jane Doe #2's hair, on the same day:

(a)     A police report was filed, and Officer Tran of the Westminster Police Department responded. Physical evidence was stored by the Plaintiff. However, the officer refused to take any physical evidence when Mr. Reyes attempted to give evidence to the officer [Viol. of 34 U.S.C. 12601; 42 U.S.C. 1985; 18 U.S.C. 241; 18 U.S.C. 242]. Mr. Reyes also told the officer that he suspected that the subjects poisoned his Nyquil. When Mr. Reyes asked what he should do with the Nyquil, which he suspected was making him sick, the officer responded, "Throw it away." Bodycam video was taken of the bedroom at the time that this report was filed. However, police did not collect, and in fact, refused to accept any physical evidence [Viol. of 34 U.S.C. 12601; 42 U.S.C. 1985 (2)(3); 18 U.S.C. 241; 18 U.S.C. 242].

**24.**     Mr. Reyes alleges that the Bucknell Circle residence was under full surveillance, as well as electronic surveillance in his room, and that agencies knew exactly who was going into his residence and at what times.

**25.**     From March 2022 to October 2022, Defendants continually sprayed unknown aerosol sprays, some which smelled like a pungent and fine chlorine at that time, and others which were sprayed from the cracks in the ceiling and had a different smell, were continually sprayed onto Mr. Reyes bed, pillows, blankets, and clothing in closet at the Bucknell Ave. residence. These were powerful enough to 'knock out' Mr. Reyes for 24-36 hours at a time. They made Plaintiff sick with the following symptoms:

**(a)**     The 'chlorine' spray made Mr. Reyes sick with nausea, dizziness, inflamed sinuses, irritation of esophagus, nerve spasms, and extreme drowsiness.

**(b)** The spray from the cracks in the ceiling caused symptoms of loss of smell, extreme drowsiness, headaches.

**(c)** The Nyquil caused possible internal bleeding, cracks on his lips, severe abdominal pain, and inflamed esophagus.

**(d)** The milk in Mr. Reyes' refrigerator also tasted strange and different, as reported in the police report.

The Plaintiff sought medical treatment, as stated below. He was also able to obtain multiple photo evidence and video evidence of the residue which was left on his clothing in his closet and bedliner, which left a bright pink residue in the middle of his bedliner (in Plaintiff's possession). Multiple photos were documented by Mr. Reyes, and he followed up with the Westminster Police Department.

**26.**     On....when Plaintiff was moving out of the residence, Plaintiff was able to obtain a recorded video statement from the landlord, Defendant David Hoang, and another witness who corroborated the strange, 'chlorine-type' smell in Plaintiff's bedroom. Mr. Hoang denied that he smelled anything like that or that anyone was breaking into his room.

**27.**     Plaintiff moved out of the residence and to the Garden Grove residence. Defendants and their agents, however, followed the Plaintiff to the new residence and continued their illegal, reckless, and unconstitutional activities.

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Death Threats**

28.     On October 21, 2022, Plaintiff alleges that the same individuals, Jane Doe #2 and John Doe #3, who had been spraying the chemical spray onto Mr. Reyes' bed and clothing in his closet at the Bucknell Ave. residence in Westminster, CA., broke into his rented rooom again after he filed the police report and sprayed a 'bullet-hole pattern' in the heart area of one of Mr. Reyes' blue dress shirts as a threat that they were going to shoot him in the heart [See Exhibit G (1)(2)] [Viol. of 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985; 34 U.S.C. 12601]. Mr. Reyes attempted to give the blue dress shirt as evidence to the Westminster Police Department, but the officers refused to take the shirt and yelled at him for bringing "a possibly contaminated" shirt to the police station [Viol. of 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985; 34 U.S.C. 12601]. It is still in Plaintiff's possession, stored in a bag, and still has the chemical residue in the same area. When Plaintiff spoke to the homeowners Defendant David Hoang and "Mai" Hoang, they denied that they knew Jane Doe #2 and John Doe #3.

29.     Plaintiff alleges that dozens of Federal Agents and law enforcement with weapons, which Plaintiff has seen on their hips, have been placed in Plaintiff's Uber and Lyft rides since about August 22 until today August 2023. Some of these law enforcement individuals have been telling Mr. Reyes that they were going to "one off" him, cause an accident, or that they were going to make him sleepy in order to cause an accident.

(a)     On 4-19-23, a passenger named "Henry" entered the Plaintiff's Uber in Huntington Beach and appeared to be law enforcement or military. As he entered the Plaintiff's vehicle he stated, "I'm looking for a mass murderer" (Report made to Uber; screenshots taken by phone). Defendants and their agents have made multiple other death threats and strange statements to the Plaintiff, some of which include the following:
- 
- "They're going to 'one-off' someone"
  "You're going to get into an accident"
- "You dodged a bullet"
- "Don't fall asleep"
  "Someone can pay $5,000 to kill an Uber driver"
  "They're going to shoot you"

**30.** In August 2021, the Plaintiff drove to downtown Santa Ana, CA. A silver SUV police cruiser began to follow him, with two females who were in the vehicle and appeared to be possibly Orange County Sheriffs in plain clothes. One female was driving, and the other was in the backseat with what appeared to be a black AR-15 rifle with a black strap. The Plaintiff stopped to ask a construction worker for directions, and the silver SUV also stopped in the middle of the street behind the Plaintiff. When Mr. Reyes turned back to see them following him in his vehicle, the female in the backseat of the police cruiser put the rifle away and tried to hide behind the seat. They continued to follow the Plaintiff throughout downtown Santa Ana until the Plaintiff left.

### Vandalism of Vehicles, Destruction of Property

**31.** From May 2021 to August 2023, in a coordinated effort, Law enforcement and agencies in charge have repeatedly, on a daily and nightly basis, been breaking into Plaintiff's vehicles and damaging the parts and electronics, costing tens of thousands of dollars in damages for repairs and losses [See Exhibit H] [Viol. of 4th Amendment; 5th Amendment; 8th Amendment; 14th Amendmennt; 18 U.S.C. 241; 18 U.S.C. 242; 34 U.S.C. 12601] [Multiple Photos and Videos evidence with timestamps]. Defendants have disabled the alarms on his vehicles, entered on numerous occasions, and damaged parts and electronics, some beyond repair. Plaintiff has numerous videos and photos of damage to exterior of his vehicles, as well as damage to the ECU computers and electronics of the vehicles:

**(a)** Landlords and managers have instructed the Plaintiff to not park in or near their driveways, and away from the residences, so that the Plaintiff could not hear the vandalism or breakins.

### "Gang Stalking"

**32.** Plaintiff alleges that Defendants are using a method of harassment called "Gang Stalking" to follow and record Mr. Reyes everywhere he goes:

**(a)** Defendants have been sending numerous people--anywhere from 1-20--to Mr. Reyes' locations using his GPS location on his personal cellphone as well as possible electronic devices in his vehicles in order to harass,

—————

"gang stalk," and point their fingers at Mr. Reyes like guns, as if they were going to shoot him, on multiple occasions throughout Orange County. Some of these have occurred while Mr. Reyes has had Uber and Lyft passengers in his vehicle who have also witnessed these.

**(b)** Plaintiff alleges that Defendants have given his location and picture to numerous strangers and individuals, which include the following:

• dozens of neighbors at Plaintiff's last 4 residences in Orange County
• multiple workers and strangers at Walmart, stores, and restaurants when Plaintiff shops
• multiple strangers in Huntington Beach when Plaintiff travels to the beach.

___

• multiple strangers on his Uber/Lyft routes
• multiple roommates in his residences who follow him around the house

**(c)** Plaintiff alleges that the agencies in charge have been using apps on phones and text messaging to numerous people to reveal his picture and location to strangers in order to harass him whereever he goes by taking pictures of him directly in front of him, recording him on their cellphones directly in front of him, and doing other strange things or making offensive comments. In many cases, the individuals who are "gang stalking" Mr. Reyes would scowl at him, follow him, threaten him, and even drive in a dangerous manner toward Mr. Reyes, acting as if they were going to run him over [multiple Photo and Video evidence recorded with timestamps].

**(d)** One app that the Plaintiff was able to see on a stranger's cellphone who was following him at a Walmart parking lot in La Habra, CA. had the Department of Homeland Security logo and a GPS pin at the location where Mr. Reyes was located.

**Conspiracy, and Preventing the Plaintiff from Attaining an Attorney**

**33.** Plaintiff alleges that Defendants have conspired to prevent the Plaintiff from obtaining an attorney who could assist him in filing a lawsuit [Viol. of 6th Amendment; 14th Amendment; 42 U.S.C. 1985; 18 U.S.C. 241; 18 U.S.C. 242]:

———

(a)     On 12-20-21, the Plaintiff mailed a letter to the ACLU in Los Los Angeles, CA. seeking legal representation. Plaintiff mailed the confidential letter by USPS with a tracking number [See Exhibit I]. The letter arrived at the last stop and was never delivered to the ACLU.

(b)     From November 2022 to December 2022, the Plaintiff posted ads on Craigslist titled, "I'm Looking for a Civil Rights Attorney" [See Exhibit J]. All of them were deleted soon after he posted them.

(c)     Plaintiff has attempted to contact dozens of Civil Rights attorneys, and his text messages, emails, and phone calls have been intercepted or blocked.

(d)     Plaintiff has multiple evidence of intercepted mail and packages whereby Defendants and/or their agents have opened these articles either in transit or at USPS facitlities [See Exhibit K].

**34.**     Plaintiff alleges that Defendants have conspired to violate the Plaintiff's civil and constitutional rights with former landlord David Hoang, current rental manager "Mai" Hoang ("manager" of 2 properties that Mr. Reyes rented from February 2022 until today, August 2023), current landlords Vu Nguyen and Tiffany Nguyen, and former managers Roberto Mata and Juan Mata who are all either property owners or property managers who Mr. Reyes has rented from during the time period of May 2021 to July 2023:

(a)     While renting from their properties over the course of the last 2 years, these individuals have conspired with law enforcement and the agencies in charge to break into Plaintiff's bedroom, allow roommates to break in, on countless occasions when Plaintiff would leave the house for work. Every time Defendants would break in, they would turn off Mr. Reyes' security cameras in his room. When Mr. Reyes complained that people were entering his room illegally and without his permission, landlords and managers have responded to Mr. Reyes with "Are you okay?" or "It's all in your head," thus denying any wrongdoing and effectively furthering the abuse and intentional infliction of emotional distress that Mr. Reyes has been subjected to.

**(b)**       In October 2021, when Plaintiff complained to manager Roberto Mata that people were breaking into his bedroom , Mr. Mata kicked him out of the residence, thereby violating Mr. Reyes' Federal Housing rights as a U.S. citizen. Defendants have also been telling the Plaintiff that if he "didn't feel safe," he should move. Plaintiff has move four times, but Defendants have continued their civil and constitutional rights violations.

**(c).**       Plaintiff alleges that Defendants have been turning off Plaintiff's security cameras in his room at all residences he has lived in, from May 2021 to August 2023, either by 'hacking' his cellphone, turning off the internet network, or turning off the electricity in the residences. Defendants have been continually turning these off when Plaintiff leaves the house, as well as the outside security cameras at his residences. Mr. Reyes has both video and photo evidence in this Complaint, as well as witness statements. When Plaintiff complained to "Mai" Hoang that someone was turning off the cameras in his room as late as May 2023, she responded with, "I want video evidence." However, Mr. Reyes spoke with his roommates and obtained statements corroborating the fact that people were breaking into his rented room at the property.

**(d)**       Plaintiff has filed numerous police reports at each city that he has lived in, to report the break-ins, vandalism, theft, and numerous other violations which have occurred at each property. Defendants have been breaking into his residence and vehicles--not only to fabricate evidence, destroy his personal property, and cause further injuries to the Plaintiff--but to cover up for their crimes and prevent prosecution of the perpetrators of any crimes. Plaintiff also alleges that the agencies in charge are directing local police to refuse to accept any physical evidence after the commission of their crimes, as a "pattern or practice" in Orange County [Viol. of 4th Amendment, 5th Amendment; 14th Amendment; 42 U.S.C. 1985; 34 U.S.C. 12601; 18 U.S.C. 241; 18 U.S.C. 242].

**(e)**       Property owners and managers, acting under color of law, have been negligently or willfully complicit in the violations of Plaintiff's Civil and Constitutional rights. Defendants have conspired to allow numerous people to break into Mr. Reyes room and vehicles on a daily basis without a warrant in order to harass, inflict harm, and plant evidence against the Plaintiff as a "pattern and practice" [Viol. of 4th Amendment, 5th Amendment; 14th Amendment; Federal Fair Housing Act; 42 U.S.C. 1985; 34 U.S.C. 12601; 18 U.S.C. 241; 18 U.S.C. 242].

_____

**(f)**      On 8-6-23, the Plaintiff witnessed manager "Mai" Hoang and homeowners, Vu Nguyen and Tiffany Nguyen, of the residence at 9371 Imperial Ave. Garden Grove, CA., removing items from a walkway near the Plaintiff's bedroom. The Plaintiff saw "Mai" take out a device with blue and orange hose lines as well as gauges at the ends of it. The subjects put it and other articles in their vehicles and then left very quickly when Mr. Reyes came out of the house to see where they were putting the device and articles [Video recorded with timestamp]. The Nguyens left in a gray minivan, and "Mai" left in a blue SUV. This was after Mr. Reyes had notified "Mai" on 8-1-23 that he could see "sprays" coming into his room at the new residence in Garden Grove. They left quickly when they noticed the Plaintiff recording them on his cellphone.

### Intentional Infliction of Emotional, Physical, and Psychological Distress

**35.**      In August 2021, Plaintiff alleges that the agencies in charge moved in an undercover agent, John Doe #1, the same one who was seen by Officer Stuart of the Huntington Beach Police Department, next door to his 7732 Liberty Drive #B residence in Huntington Beach, CA. in order to spray unknown toxic gases and electromagnetic frequencies into his bedroom from the shared wall of the residence. The residence shared an adjoining wall with the next door agent: Mr. Reyes was in Unit B, and the agent was in Unit A [Viol. of 8th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985; 34 U.S.C. 12601] [Multiple Photos and Videos recorded]. These potentially cancerous toxins and high-energy electromagnetic frequencies made the Plaintiff extremely sick with targeted pain in his stomach and head. Plaintiff has suffered physical and emotional injuries as a result, which are outlined below:

**(a)**      Plaintiff has sought medical treatment--and is continuing to seek treatment--for the following symptoms and ailments as a result of possible toxin exposure, unknown substances, and electromagnetic devices from the Defendants:

Civil Rights Complaint Pursuant to U.S.C. § 1983

15

- Headaches, continual ringing in the ears
- Abdominal pain
- Dizziness
- Nausea
- Watery eyes
- Inflamed sinuses
- Inflamed esophagus
- Bleeding from the stool
- Lung damage
- Possible kidney damage
- Possible liver damage
- Potentially other long-term side effects

**36.**   On 1-26-23, Defendants broke in again into his Imperial Ave. Garden Grove residence and sprayed the same 'chlorine-type' of smell, which 'knocked out' the Plaintiff for about 15 hours until the next day and made him physically sick. After waking up, on 1-27-23, Plaintiff was able to talk to two witnesses who corroborated the 'chlorine-type' of smell in his room:

**(a)**   The Plaintiff immediately called the Garden Grove Police Department to file a report and stated to the officer that someone, a possible police officer, had broken in and sprayed something in his room. However, officers refused to go to the residence to file a report, and instead called Mr. Reyes on his cellphone, even though Mr. Reyes requested that they witness the location [Viol. of 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985; 34 U.S.C. 12601] Plaintiff told the officer over the phone that they were turning off his cameras in his room. Instead, the officer on the phone asked about Mr. Reyes' mental health.

**(b)**   The Plaintiff went immediately to the hospital to seek treatment. The Plaintiff went to the Emergency Room at Garden Grove Regional Hospital and was able to obtain test results [See Exhibit L]. The blood results were "Abnormal," and chest X-rays showed "perihilar markings in the lungs," which are indications of lung damage. The Plaintiff did not have these before. The ER doctor also stated to Mr. Reyes that hospitals were not equipped to test for poisons, especially from "the police," and he advised Mr. Reyes to do "Advanced Forensic Testing" elsewhere. However, the Plaintiff has not found any hospitals in Orange County where they could test for poisons specifically.

**37.**     On 2-16-23 and 3-13-23, Plaintiff followed up with his primary care doctor at AltaMed who noted the continuing symptoms and ailments, as well as the "prominent hilar markings" in the lungs [See Exhibit M, Exhibit N). The spraying of Mr. Reyes's bedroom from the attic area of the Imperial Ave. residence continued non-stop on into August 2023. Plaintiff has suffered shortness of breath, coughing, inflamed sinuses, congestion, nausea, severe inflammation, pain in the chest area, and potentially cancerous side-effects of the sprays.

**38.**     From November 2022 to July 2023, Plaintiff alleges that the agencies involved, in coordination with former landlord David Hoang and roommate "Stephen" (John Doe #4) came from the old residence at Bucknell Ave. in Westminster to the Plaintiff's new residence at Imperial Ave. in Garden Grove to continue their intentional harassment of the Plaintiff. Defendants David Hoang and "Stephen" were seen multiple times by multiple people working together at the new residence presumably to do "construction work." However, Plaintiff believes that these Defendants were instructed, along with others, to break into the Plaintiff's bedroom and spray Biowaste on his bed and curtains in his closet from November to July. A bottle of urine spray was located in the garage area where Mr. Hoang and "Stephen" would presumably do "construction work" [Photos and Vidoes recorded]. As soon as the Plaintiff took a picture of the bottle, the Defendants removed it and planted it in Plaintiff's bathroom. Plaintiff believes they were installing hose lines and electronic equipment from the garage area into the Plaintiff's bedroom to harass him and cause physical injuries:

**(a)**     Defendants David Hoang and "Stephen" (John Doe #4) have also placed "bandsaws" and multiple tools at Plaintiff's bedroom window in the morning time in order to harass him and cause sleep deprivation, thereby causing a loss of wages, knowing that the Plaintiff works late into the evenings around 1AM. When Mr. Reyes complained about the noise, David Hoang and "Mai" Hoang responded with, "It must be the neighbor in the backyard," thereby denying wrongdoing and attempting to 'gaslight' the Plaintiff [Video evidence recorded of multiple dates at 2 locations].

Civil Rights Complaint Pursuant to U.S.C. § 1983

**39.** On 6-27-23, Plaintiff alleges that agencies involved were aware that he was filing a Federal lawsuit at this time. Plaintiff sent text messages and phone callse to his mother and sisters telling them that he was filing a Federal Lawsuit against agencies, effectively providing "constructive notice" to Defendants. By this time, Plaintiff had already gone to the Ronald Reagan Federal Courthouse in Santa Ana, CA. three times to seek assistance in filing a suit.

**40.** On 7-10-23, Defendants continue their spraying of unknown toxins into Mr. Reyes' bedroom from the attic area. Plaintiff went to AltaMed in Huntington Beach complaining of shortness of breath, inflamed sinuses, high pulse, congested nose and ears (indicating severe inflammation), nausea, dizziness, sore throat, and watery eyes. Plaintiff told the nurse that there was a "spray" coming into his bedroom [See Exhibit O]. The nurse prescribed an inhaler and nasal spray.

**41.** As late as 7-19-23, and numerous other dates which Plaintiff has recorded by video, photos, and personal journals, the agencies in charge have been utilizing multiple electronic devices in and around his residences, including the attic above his bedroom. Plaintiff has dozens of Videos with time stamps recording the dates and locations at all past residences describing the manner and location of these devices which have been causing Plaintiff injury, harassment, intimidation, injuries, and physical ailments (18 U.S.C. 241; 18 U.S.C. 242; 34 U.S.C. 12601; 42 U.S.C. 1985).

**42.** This intentional infliction of emotional, physical, and psychological distress has not only caused Plaintiff multiple physical ailments, but also Loss of Wages due to deprivation of sleep, physical pain throughout his body, and numerous other physical symptoms and ailments.

**43.** On 7-30-23, a passenger named "Billy" ordered a Lyft from the Plaintiff in Huntington Beach, CA.. When the Plaintiff picked up the passenger, he stated to "Billy" that he needed to make sure it was the right person he was picking up, since the passenger was not responding to the Plaintiff's question as to if he was the correct passenger. "Billy" replied, "They're going to shoot you." Mr. Reyes replied, "They've made death threats." The passenger "Billy" did not offer any other information other than that he had lived in Huntington Beach for 32 years. This was after Defendants were aware that Plaintiff was filing a Federal Lawsuit.

———

**44.**  On 7-30-23, Defendants intensified their spraying of Plaintiff's bedroom from the attic above through the light fixtures in the ceiling at the residence on Imperial Ave. in Garden Grove, CA. [See Exhibit P]. These unknown toxins gave the Plaintiff the same symptoms of nausea, dizziness, severe inflammation, congestion, and grogginess.

**45.**  On 7-31-23, Plaintiff alleges that Defendants sent a woman to follow Mr. Reyes to a Dollar Tree store in Westminster, CA. She positioned herself behind Mr. Reyes at the checkout line with her children and made a phone call to someone. The woman stated the following to someone she was speaking with on the phone: "Yes, he's not feeling well. They're spraying him from above. They're killing him slowly."

**46.**  On 8-1-23, when Plaintiff paid rent to "Mai" Hoang, he reiterated to her that unknown sprays were coming into his room from the attic area through cracks in the light fixtures. Manager "Mai" then stated, "I will let you know." [Video recorded]. Plaintiff tried to cover the cracks in the light fixtures with tape as much as possible.

**47.**  On 8-2-23, Defendants continue to break into his vehicles and residence and move the mats around in his vehicles. They also continue to insert packets of unknown powders into the air vents of his vehicle, as well as spraying unknown sprays into the fabric of the car seats.

**Poisonings**

**48.**  From August 2021 to July 2023, Plaintiff alleges that Defendants, in conspiracy with landlords, have been spraying and poisoning the Plaintiff with multiple unknown substances, toxic gases and powders into his bedroom and vehicles [Multiple videos and photos with time stamps].

**(a)**  These chemicals, gases, and foreign toxins have been making Plaintiff physically sick, nauseous, dizzy, drowsy, and in some cases have caused internal bleeding. The continual spraying of toxic sprays for two years in his room and powders in his vehicles have also caused possible kidney damage, liver damage, lung damage, and other physical ailments to the Plaintiff. Other symptoms have included abdominal pain, loss of vision, continual ringing of the ears, light-headedness, nerve spasms, and the beginning indications of lung cancer [See Hospital Reports] [18 U.S.C. 241; 18 U.S.C. 242; 34 U.S.C. 12601; 8th Amendment; 14th Amendment; 42 U.S.C. 1983].

**(b)**    Plaintiff has moved four times during this time period--August 2021 to August 2023--to avoid the reckless and outrageous conduct of Defendants, but Defendants and their agents have followed the Plaintiff to each residence to continue their illegal as well as negligent activities.

**(c)**    Plaintiff has sought medical treatment through Urgent Care, ER visits, and regular doctor checkups as a result of the reckless and outrageous actions of the Defendants.

**(d)**    Plaintiff alleges that multiple types of foreign substances have been planted in his food when agents break into his room [Multiple photos taken with date stamps].

---

**49.**    On August 6, 2021, Plaintiff alleges that Defendants poisoned his tacos given to him by a subject whom Mr. Reyes knew personally, but the subject and his family turned out to be possible government agents [See Confidential Report: Exhibit Q].

**50.**    From August 2021 to July 2023, Plaintiff alleges that Defendants have been inserting packets of foreign and possibly toxic powders into the air vents of Plaintiff's vehicles on an ongoing basis for 2 years [Police reports available, multiple photos and videos with time stamps]. These powdery substances have been making Plaintiff drowsy, dizzy, and sick. Defendants have been causing a dangerous and reckless situation since Mr. Reyes is an Uber/Lyft driver and drives everywhere in Southern California. Plaintiff has also lost income and wages due to not being able to drive because of somnolence as a proximate cause of the Defendants actions.

**51.**    On 3-18-22, Plaintiff went to Urgent Care at OC Urgentcare in Huntington Beach, CA seeking treatment for abdominal pain from possible poisoning of his Nyquil [See Exhibit E] [Viol. of 8th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242; 34 U.S.C. 12601; 42 U.S.C. 1985]:

**(a)**    Plaintiff was living at the Bucknell Ave. residence in Wesminster at this time. Plaintiff had been experiencing "ongoing abdominal pain and fatigue for over 1 month" as a result of possible poisoning and "toxin exposure." Plaintiff's symptoms also included shortness of breath and somnolence. Plaintiff had taken Nyquil the previous night, and the next morning woke up to excruciating abdominal pain.

**(b)** When Plaintiff went to OC Urgentcare, the nurse explained to the Plaintiff that they could not test for poisons there, and referred him to a hospital emergency room. Mr. Reyes then went to Huntington Beach Hospital across the street. The attending ER doctor also stated to Mr. Reyes that they could not test for poisonings or toxins in the blood.

**52.** On 6-21-22, Plaintiff made a doctor's appointment with his primary care physician, Dr. Wu, at AltaMed. Plaintiff explained to his doctor that he was possibly being poisoned by the police [See Exhibit F]. Plaintiff was still experiencing abdominal pain and nausea at this time, and Plaintiff was living at the Bucknell Ave. residence. Plaintiff also explained to Dr. Wu that hospitals in Orange County apparently do not have the ability to test for poisonings.

## Harassment of Plaintiff's family

**53.** Plaintiff alleges that agencies in charge have been poisoning his mother:

**(a)** On 4-24-22, the Plaintiff spoke with his sister, Irene, who stated to him that their mother, who was living in Apple Valley, CA. at the time, was suffering from bleeding a the same time that the Plaintiff was suffering from bleeding at the Bucknell Ave. residence in Westminster, CA.. Plaintiff's sister stated, "the toilet was full of blood" and had to take her to the hospital on 4-21-22. Plaintiff alleges that unknown agents were entering his mother's residence at the same time that he was experiencing bleeding at the Bucknell Ave. residence. When Plaintiff spoke to his mother, she stated to him that someone had broken into the residence on multiple occasions and stolen specific items, which include the following: medical records, wedding photos, mail, and Elias Reyes, Jr.'s medals from UCLA. Plaintiff's mother began to suffer symptoms as soon as her older son left overseas and she was living alone at the residence in Apple Valley, CA. from January 2022 to May 2023.

**54.** Plaintiff and his family suspect foul play in the death of his younger brother, Elias Reyes, Jr. on April 12, 2014 [See Confidential Report: Exhibit C].

**55.** On 7-27-23, Defendants made possible incriminating statements about the death of Elias Reyes, Jr. [See Confidential Report: Exhibit R].

**56.**    Plaintiff suspects foul play in the misdiagnosis and subsequent death of his father, Elias Reyes, Sr. recently on March 15, 2022 [See Confidential Report: Exhibit S].

**57.**    Plaintiff alleges that the agencies in charge have been directing agents to cause harm to him and his family, including his mother and sisters who live in different cities, and who have also experienced harassment, break-ins, theft of specific items, and damage to their vehicles in past years.

### Attempting to Cause Accidents on the Road

**58.**    In September 2022, the Plaintiff was driving on Willow Street, a long and dark stretch of road near the 605 freeway in Long Beach, while transporting a passenger for Lyft in his 2004 BMW 325i. As he was driving, an unknown projectile was shot to the front left wheel of the vehicle in an apparent attempt to cause an accident on the road. This happened around 10pm at night while the female passenger was seated in the rear right seat and Mr. Reyes was driving the vehicle. Luckily, Mr. Reyes was able to maintain control of the vehicle. He stopped and inspected the wheels and tires to make sure everything was ok and asked if the female passenger was ok. As Mr. Reyes was inspecting the wheels and tires, he noticed an aircraft with blinking red lights fly low near him and the passenger.

**59.**    In some instances, Defendants have controlled the Plaintiff's vehicles and electronics remotely. In one instance, around August 2021, they increased the volume on his radio gradually, as he waited at the intersection of Beach blvd and Warner Ave. in Huntington Beach, CA. in order to prevent him from hearing an ambulance that was crossing the intersection at the same time. Even though the Plaintiff had the green light, Defendants increased the volume to prevent him from hearing the emergency vehicle that was about to cross the intersection. There was also a vehicle, a white van, that was positioned to the left of the Plaintiff's vehicle in order to block his view of the oncoming ambulance.

**60.**    There have been multiple instances where people driving in vehicles on the road and freeways have tried to run the Plaintiff off the road, either to run him off the road or stop in front of him on the freeway in order to cause an accident. In many of these instances, the Plaintiff has had Uber and Lyft passengers in his vehicle, creating a danger to public safety.

Planting, Fabricating, and Destroying Evidence

61.   Plaintiff alleges that law enforcement and the agencies in charge have been planting foreign and unknown items/articles in his residence, vehicles, and storage unit--both fabricating evidence and destroying evidence--since about July 2021 [Viol. of 4th Amendment; 5th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985; 34 U.S.C. 12601]:

(a)   Plaintiff alleges that from July 2021 to August 2023 agents acting under color of law have broken into the Plaintiff's residence and bedroom on countless occasions not only to spray foreign and possibly toxic substances, but to plant evidence in order to frame the Plaintiff [Hundreds of photos and videos in Plaintiff's possession]. The following items have been documented with photos/video with time stamps: (a) hair fibers, b) long female hair strands, c) fine black powder in Mr. Reyes' bedroom, d) fine black powder in vehicles, e) pieces of broken glass, f) white powders in vehicles, g) dark beanie cap, h) fingernail clippings, i) multiple male and female hair strands, j) unknown sticky substances and k) Biowaste on Plaintiff's curtains in his bedroom and under his bed. Plaintiff has stored this physical evidence in plastic bags, labeled and kept a record of each item.

(b)   On 3-14-22, John Doe # 4, who appeared to be law enforcement in plain clothes, was driving a silver Nissan Frontier and broke into the Plaintiff's storage unit on Bolsa Ave. in Westminster, CA.. The suspect cut open the lock on the door and stole specific items and planted other ones in the Plaintiff's storage unit [Video and Photos taken] [Viol. of 4th Amendment; 5th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985; 34 U.S.C. 12601]. The suspect stole hospital records, mail, an old laptop, articles of clothing, a yellow butane torch, a car jack, and other unknown items. The suspect also planted what appeared to be a possible bloody shirt in his storage unit [Police report made]. The Westminster Police Department resonded to the storage area with an officer with a bodycam. The manager at the time, Tony Salazar, gave a USB with video surveillance of the suspect to the responding officer in front of the Plaintiff. However, the officer refused to accept the possible bloody shirt as evidence. The Plaintiff spoke with a burglary detective later and reiterated his concerns about a possible "cop" trying to frame him, to which the detective replied, "That's a bold statement." The above items, which contain Plaintiff's fingerprints

and DNA, could possibly be used to fabricate evidence and frame the Plaintiff for possible crimes or to possibly plant them at crimes scenes. Similar items were taken from Plaintiff's mother's house and sister's house in Apple Valley and Riverside, respectively. Those items have included (1) medical records, (2) bank records, and (3) mail. This seems to be the apparent "pattern and practice" of the agencies in charge [Viol. of 18 U.S.C. 241; 18 U.S.C. 242; 34 U.S.C. 12601; 42 U.S.C. 1985].

**(c)**      On 8-23-21, Plaintiff went to the Audi dealership in Santa Ana, CA to have his vehicle checked for the following items on his 2004 Audi A4:

- electronics that were malfunctioning and being controlled remotely
- rear windows that were disabled
- alarm that was disabled
- possible gas spray that was coming out of a side panel

When the Plaintiff drove to the Audi dealership, he noticed a male, John Doe #4, who followed him from the freeway to the dealership in a red Ford Explorer with Texas plates. When the Plaintiff arrived, he spoke to the customer service representative, Eric Aguayo, and told him his concerns about his Audi A4 and to check the above items. As the Plaintiff was speaking with Aguayo, John Doe #4 went to Aguayo and gave him a big roll of $20 dollar bills in a rubber band, which appeared to be about $500 total. Aguayo accepted the money and put it into his pants pocket. When the Plaintiff went to pick up his car on 8-25-21, none of the items were fixed and the Plaintiff instead was given a quote for other repairs which the Plaintiff had not asked for [See Exhibit T]. Plaintiff alleges that Defendants have been paying people cash on multiple other occasions as well, in order to tamper or damage his vehicles on an ongoing basis.

**(d)**      In October 2022, Plaintiff alleges that Defendants and/or their agents posted picture of someone who looked like the Plaintiff and dressed in the same clothing on the "Nextdoor app" while he was living at the Bucknell Ave. residence in Westminster, CA. The person who posted the picture stated that the subject was "breaking into a residence" and neighbors were told to look out for the individual. The Plaintiff took a screenshot of the photo on his cellphone, but Defendants or their agents later deleted the posting as well as the picture, both on the Nextdoor app as well as on the Plaintiff's cellphone by 'hacking' into his phone.

---

Civil Rights Complaint Pursuant to U.S.C. § 1983

(e)     Plaintiff alleges that he has seen his text messages as well as messages on Facebook being altered in real time and sent to friends and family members.

(f)     Plaintiff believes that an agency or agencies may have tampered with his medical records, as well as his mother's and father's.

(g)     Plaintiff alleges that Defendants changed his legal name on documents on two occasions (from what he is aware of):  One at Jiffy Lube in Westminster, CA. on 4-14-22 when he went to have an oil changed on his car [See Exhibit U], and another when Plaintiff bought a new phone at an ATT store in Huntington Beach. Thereafter, around May 2022, Defendants put a passenger in the Plaintiff's Lyft, who appeared to be law enforcement, entered the vehicle and stated, "I changed your name," without offering any other information.

(h)     Plaintiff alleges that Defendants have placed him at important locations using Uber, Lyft, and Google Maps, but with passengers not showing up. Some of these have been at nighttime at locations such as city halls, upscale homes in Newport Beach, and the Anaheim Convention Center. In these instances, Plaintiff has seen police helicopters following him overhead and possibly recording him, as well as police cruisers driving behind him and recording the Plaintiff's vehicle on their dashcams. Plaintiff believes that the agencies in charge may be fabricating evidence by placing him at these locations intentionally in order to put him under investigation.

(i)     In October 2021, the Plaintiff witnessed his landlord Roberto Mata sitting in the dark on his living room couch with his 12-year old daughter. Mr. Mata was recording on his cellphone, with the cellphone light on, attempting to touch his 12-year old daughter's bare legs, while the daughter repeatedly kept saying, "No, no, no." Plaintiff believes that the agency or agencies may have used this video to frame the Plaintiff or to put him under investigation for possible child abuse. Plaintiff believes that Mr. Mata was working with a police agency at this time and getting instructions from someone. Mr. Mata also subsequently began to dress in similar clothing as the Plaintiff. Plaintiff also believes that Mr. Mata was possibly getting paid money by said agency, since Mr. Mata stopped working and bought a large lifted SUV during this time. A few days later, the Plaintiff heard Mr. Mata's daughter screaming in their bedroom while he allegedly whipped her with a belt. When the Plaintiff confronted him, Mr. Mata stated, "Mind your

fuckin' business." The Plaintiff subsequently reported Mr. Mata for possible child abuse on 10-9-21.

(j)   Plaintiff alleges that the agencies in charge have been continually 'hacking' Plaintiff's cellphone and deleting multiple photos and videos from his phone on an ongoing basis in order to cover up for their crimes, in effect destroying evidence [Viol. of 4th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242; 42 U.S.C. 1985; 34 U.S.C. 12601]. Defendants have also been covering the photos of license plates of vehicles that Plaintiff has taken pictures of and who have been following him, directly from his phone.

(k)   In September 2022, Plaintiff alleges that Defendants and their agents broke into his room at the Bucknell Ave. residence in Westminster, CA. and "wiped" his other cellphone which contained multiple pictures and videos of their crimes [See Exhibit V] [Viol of 4th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C. 242]. Plaintiff took his cellphone to a cellphone repair shop, and the worker stated to Mr. Reyes that the phone was irrecoverable and possibly had some type of malware installed on it. Apart from turning off Plaintiff's cameras in his room and residences, Defendants have been sabotaging and damaging other hidden cameras in Plaintiff's bedroom in order to cover up for their crimes and continue their systematic abuse and violations of law against the Plaintiff.

(l)   Plaintiff alleges that Defendants have been targeting him by "Swatting" him at multiple locations. Plaintiff has driven to various public locations and has seen emergency vehicles (police and/or fire) pull up fast to his locations when he arrives but then leave quickly thereafter.

## Economic Loss

62.   Plaintiff has suffered numerous hours of lost work due to not being able to drive for Uber and Lyft because of the intentional and outrageous actions of the Defendants. Plaintiff has suffered sleep deprivation, physical ailments, and somnolence.

63.   Plaintiff has suffered vandalism and extreme damage to numerous vehicles because of the reckless, outrageous, and illegal conduct of Defendants [See Exhibit H].

Civil Rights Complaint Pursuant to U.S.C. § 1983

**64.**   Plaintiff has suffered loss of a business opportunity and potential sales as a direct result of the actions of the Defendants. Plaintiff was in process with starting a new car business, RJ MOTORS at 23552 Commerce Center Dr. Ste. T in Laguna Hills, CA., from 2-1-22 to 1-30-23, but Defendants have prevented him from starting and conducting a legitimate business in California:

**(a)**   On 2-1-22, Plaintiff formed a business agreement with business partners, Ricardo Gasca and Alicia Gasca, to share a business location in Laguna Hills, CA. where the Plaintiff could start a car business, as required by the DMV. Plaintiff was paying a sub-lease fee from 2-1-22 to 1-30-23 while the Plaintiff was in process with the DMV for a "Dealer License," but not selling cars at the location.

**(b)**   On 1-30-23, Plaintiff's business partners, Rcicardo Gasca and Alicia Gasca at ALICIA SMOG located at the same address, abruptly notified the Plaintiff by email that he could not share the business location with them or conduct business with them. They immediately terminated the sublease agreement and removed all of Plaintiff's business signage without warning or notice at the location. On 2-3-23, Plaintiff went to the business location to speak with his business partners in person and to pick up his signage. Plaintiff noticed that all his signs had been removed or covered over. Alicia and her husband, Ricardo, had spent a lot of time and money remodeling the new business and were excited to share the new location with the Plaintiff over the course of the year. Alicia, however, had changed her demeanor and looked scared when Plaintiff spoke to her on that day, and she was recording the Plaintiff on her cellphone. Plaintiff suspected that Defendants and their agents had spoken to his business partners and intimidated them into not starting a car business with him. Plaintiff asked Alicia who had talked to her or intimidated her into not allowing him to conduct business with the Plaintiff. She would not say directly, but Plaintiff believes that Defendants and/or their agents forced her to be quiet and intimidated her and her husband to not conduct business with the Plaintiff. Plaintiff saw multiple undercover vehicles follow him to his new business location immediately before his business partners cancelled the Agreement [Video and Photo evidence recorded].

## Conclusion

**65.** No warrant has ever been shown to the Plaintiff. And Plaintiff has never given permission to anyone to enter his vehicles or residence. No one has been arrested or prosecuted for the crimes outlined in this Complaint, to the Plaintiff's knowledge. The outrageous, reckless, negligent, and unconstitutional actions of the Defendants and their agents have gone unchecked and will continue to do so unabated, as there has been no accountability for the violations of law set forth in this Complaint. As such, the above-mentioned Federal statutes would apply and Jurisdiction and Venue would be set forth in Federal Court. Plaintiff re-alleges that a Federal agency or agencies, in coordination with local law enforcement, have possibly framed the Plaintiff--or are attempting to frame the Plaintiff--for unknown crime/s and are continuing to try to fabricate evidence, damage his personal property, cause physical injuries, and harass him and his family on an ongoing basis, thereby violating numerous Civil and Constitutional rights as an American citizen, and which violations are outlined in this Complaint:

(a) Plaintiff is seeking Relief as stated below.

(b) Plaintiff intends to Amend the Complaint with added Confidential Reports.

(c) Plaintiff intends to Motion for Discovery of agencies involved.

In conclusion, it is Plaintiff's belief that Federal agecies have conspired with law enforcement and private individuals to fasify reports and fabricate evidence about Plaintiff and spread them amongst themselves in order to harass Plaintiff and his family, and to cause them irreparable harm and personal injuries. Plaintiff has suffered harassment, emotional distress, pain and suffering, loss of wages, loss of vehicles, loss of business opportunity, potential loss of sales, as well as personal injuries, and seeks relief from the Court.

# V. CLAIMS

————

### Claim #1:
### HARASSMENT

**66.**   Plaintiff realleges and incorporates by reference all of the paragraphs above.

**67.**   Plaintiff has a claim under 42 U.S.C. 1983 for violation of the following federal consitutional or statutory civil rights:

4th Amendment; 5th Amendment; 8th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C 242; 34 U.S.C. 12601.

**68.**   By doing the acts above, Defendants caused and/or permitted the violation of Plaintiff's rights stated in Paragraph 67, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C S 1983.

**69.**   As a result of the Defendant's violations of the above civil rights, Plaintiff was harmed in the following way:

Numerous physical injuries, Pain and Suffering, Loss of personal vehicles and personal property, Loss of Wages, Loss of a Business Opportunity, Loss of Potential Sales.

————

## Claim #2:

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**70.**     Plaintiff realleges and incorporates by reference all of the paragraphs above.

**71.**     Plaintiff has a claim under 42 U.S.C. 1983 for violation of the following federal consitutional or statutory civil right:

4th Amendment; 5th Amendment; 8th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C 242; 34 U.S.C. 12601.

**72.**     By doing the acts above, Defendants caused and/or permitted the violation of Plaintiff's rights stated in Paragraph 67, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C S 1983.

**73.**     As a result of the Defendant's violations of the above civil rights, Plaintiff was harmed in the following way:

Numerous physical injuries, Pain and Suffering, Loss of personal vehicles and personal property Loss of Wages, Loss of a Business Opportunity, Loss of Potential Sales

**Claim #3:**

**NEGLIGENCE**

**74.**    Plaintiff realleges and incorporates by  reference all of the paragraphs above.

**75.**    Plaintiff has a claim under 42 U.S.C. 1983 for violation of the following federal consitutional or statutory civil right:

4th Amendment; 5th Amendment; 8th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C 242; 34 U.S.C. 12601.

**76.**    By doing the acts above, Defendants caused and/or permitted the violation of Plaintiff's rights stated in Paragraph 67, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C S 1983.

**77.**    As a result of the Defendant's violations of the above civil rights, Plaintiff was harmed in the following way:

Numerous physical injuries, Pain and Suffering, Loss of personal vehicles and personal property, Loss of Wages, Loss of a Business Opportunity, Loss of Potential Sales

## Claim #4:

## ECONOMIC LOSS

**78.** Plaintiff realleges and incorporates by reference all of the paragraphs above.

**79.** Plaintiff has a claim under 42 U.S.C. 1983 for violation of the following federal consitutional or statutory civil right:

4th Amendment; 5th Amendment; 8th Amendment; 14th Amendment; 18 U.S.C. 241; 18 U.S.C 242; 34 U.S.C. 12601.

**80.** By doing the acts above, Defendants caused and/or permitted the violation of Plaintiff's rights stated in Paragraph 67, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C S 1983.

**81.** As a result of the Defendant's violations of the above civil rights, Plaintiff was harmed in the following way:

Loss of personal vehicles and personal property, Loss of Wages, Loss of a Business Opportunity, Loss of Potential Sales.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

**1.**     Preliminary Injunction to stop the Break-ins, Harassment, Intentional Infliction of Emotional Distress, Destruction of Property, and other violations of law which are outlined in this Complaint

**2.**     Appointment of an Attorney [see Application for In Forma Pauperis], as there may be complex issues which may arise out of this Complaint.

**3.**     Compensatory Damages in the amount of $200,000

**4.**     Punitive Damages in the amount of $20 million

**5.**     Costs of suit necessarily incurred herein

**6.**     Possible Federal Witness Protection for Plaintiff and his immediate family through a neutral agency or other entity as the Court seems fit.

**7.**     Any other relief that the Court deems just or proper

Dated: _____8-31-23_____

Sign: _____

Print Name: _Rosario Adolfo Reyes-Jauregui_

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

33

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____8-31-23_____

Sign: _____

Print Name: _Rosario Adolfo Reyes-Jauregui_

Exhibit A



## United States Department of Justice
### Civil Rights Division
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

*Please save your record number for tracking.*

   Your record number is: **108079-PNF**

---

# What to expect

### ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

### ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

(1) **Contact local legal aid organizations or a lawyer if you haven't already**

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
American Bar Association, visit **www.findlegalhelp.org** or call **(800) 285-2221**
Legal Service Corporation (or Legal Aid Offices), visit **www.lsc.gov/find-legal-aid** or call **(202) 295-1500**

(2) **Get help immediately if you are in danger**

If you reported an incident where you or someone else has experienced or is still experiencing physical harm
or violence, or are in immediate danger, please call **911** and contact the police.

# Your submission

## Contact

### Contact information

### Your name

Rosario Reyes-Jauregui

### Email address

rjreyesrealtor@gmail.com

### Phone number

6572505778

### Address

7732 Liberty Dr
Apt B
Huntington Beach, California 92647

### Are you now or have ever been an active duty service member?

No

## Primary concern

**What is your primary reason for contacting the Civil Rights Division?**

Mistreated by police, correctional staff, or inmates

**Does your situation involve physical harm or threats of violence?**

Yes

## Location

**Did this happen while in custody or incarcerated?**

No

**Where did this happen?**

**Location name**
Residence

**Address**
7732 Liberty Dr
Apt B
Huntington Beach, California

## Personal characteristics

**Do you believe any of these personal characteristics influenced why you were treated this way?**

None of these apply to me

## Date

**When did this happen?**

5/31/2021

## Personal description

**In your own words, describe what happened**

Ongoing police and/or law enforcement misconduct, since May 2021 until now:
- Sabotage of cellular communications
- Unlawful entry
- Breaking and entering
- Harassment
- Stalking

-Planting of Evidence
-Destruction of Property
-Sabotage of personal and business vehicles
-Defamation
-False Allegations
I have supporting documentation, photos, and witnesses.

Exhibit B

November
~~October~~ 4, 2021

To: U.S. Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Washington D.C. 20530-0001


From: Rosario Adolfo Reyes-Jauregui
      PO BOX 2355
      Huntington Beach, CA. 92647
      (657)250-5778


Re: Civil Rights Violations; Complaint Reference Number: 108079-PNF; Request for
Immediate Injunction



To Whom It May Concern:

I have submitted an online complaint at the Department of Justice website (reference
number: 108079-PNF). This letter is an addendum to that complaint.

Since about May 2021 until now October 2021 (6 months) I have been harassed and
stalked by strangers, police, and/or who I now believe are their agents. Multiple
crimes have been committed against me and my business. It appears that I am being
framed ("set up") as a criminal or a terrorist, in violation of my Civil and
Constitutional rights as an American citizen. Foreign items have also been planted
in my bedroom and vehicles.

I have called the Huntington Beach Police Department two times to my residence to
investigate during the course of this time, and they have not investigated the items
which have been planted, which are listed below. Instead, they have directed their
questions at me and focused on me as a possible suspect or criminal. To this day,
they have not checked my vehicles or my residence to investigate for any crimes or
the items which have been planted.

They are the following items:

- what appear to be long female hair strands
- what appear to be children's fingernails
- a dark beanie cap
- fine black powder in my room and vehicle
- alarm disabled on my Audi A4
- rear windows disabled on my Audi A4

Rosario Adolfo Reyes-Jauregui

- a white fire extinguisher was removed and later placed in the trunk of my Audi vehicle while the car was being repaired at an auto shop
- a wiring diagram placed in the console of my Audi A4

When this began around May 2021, I had 3 vehicles: 2004 Audi A4, 2009 Ford Focus, and a 1999 Ford Contour. All 3 have been tampered with. For my work, I am starting a business of buying and selling cars as an auto broker and am in the process of obtaining my license. All my vehicles have had their parts and electronics damaged or tampered with.

I have submitted photos of these to my attorneys at Siddiqui Law Firm, which I have kept a record. I had previously contacted another law firm as well, Sebat Law Firm, regarding police harassment of the HBPD helicopter following me throughout the city, hovering low over me, and performing dangerous maneuvers over me, but they stated that my matter was "in review." After communicating with the Siddiqui Law Firm for some time, on 9/1/21 they advised me to call the FBI and stated to me, "We cannot advise you because of our partnerships with law enforcement and the FBI." They further added that my matter may be "national security."

9/1/21

As advised, I called the FBI Los Angeles office the same day at (310)477-6565 and spoke with an agent and stated to him that someone, possibly the police, was planting evidence in my vehicles and in the bedroom of my residence. However, he stated to me, "Nothing like that is FBI jurisdiction" and directed me to call the police, strangely enough.

To be clear, I am not involved in any crime or any criminal organization. I am a business owner operating legitimate business activities under the law and have been advised by the California DMV regarding how many vehicles I can sell per year. The DMV clerks have advised me that I can sell "6 cars under personal name, 6 cars under business name, and 6 cars with a Bill of Sale for each name and business" per year in California without a license.

I am a proud American citizen who loves our country, democracy, and form of government. At this point in time, I now believe that an unkown Federal, State, or local agency may be coordinating to frame me ("set me up") as a criminal or a terrorist, and I am requesting an immediate Injunction against any such agencies which are conducting or coordinating activities in violation of my Civil and Constitutional rights.

The following crimes and violations have been, and continue to be, committed against me:


A) SABOTAGE OF CELLULAR COMMUNICATIONS

I am requesting that the U.S. Department of Justice issue and enforce an immediate Injunction against any agencies that have been blocking and disrupting my cellular and internet communications. These include, but are not limited to, phone calls, apps (applications) such as Google Maps, Cargurus, Facebook Marketplace, Craiglist, and text messages. I have evidence (documentation) that these are being tampered

with and in some cases blocked, thereby preventing me from being gainfully employed and causing considerable financial losses.

B) UNLAWFUL ENTRY, BREAKING AND ENTERING

I am requesting that the U.S. Department of Justice issue an immediate Injunction against any Federal, State, or local agencies that have been breaking and entering into my residence and vehicles. As listed above, some of these items have been planted in the closet, carpet, and window sill of my bedroom, specifically, as well as in my vehicles (photos available).

C) HARASSMENT AND STALKING

I am requesting that the U.S. Department of Justice issue an immediate Injunction against any Federal, State, or local agencies that have been harassing me, committing crimes against me, and causing emotional and financial distress. Whether shopping, working, or at special events, everywhere I go police and/or their agents are sent to my location to follow me and take pictures.

D) PLANTING AND FABRICATION OF EVIDENCE

I am requesting that the U.S. Department of Justice issue and enforce an immediate Injunction against any Federal, State, or local agencies that have been planting items and fabricating evidence in my residence and my personal as well as business vehicles.

E) DESTRUCTION OF PROPERTY, SABOTAGE OF PERSONAL AND BUSINESS VEHICLES

I am requesting that the U.S. Department of Justice issue and enforce an immediate Injunction against any agencies that have been destroying car parts and saboting my personal and business vehicles. For instance, the electronics on my Audi A4, Ford Contour, and Ford Focus have been damaged and have had to be replaced, causing me losses in thousands of dollars. I have seen multiple strangers in and around my vehicles. As another example, I have had to change the fuel pump on my Ford Contour 3 times, as all brand new fuel pumps appeared to be tampered with, costing losses in thousands of dollars in parts and labor.

F) DEFAMATION AND FALSE ALLEGATIONS

I am requesting that the U.S. Department of Justice issue and enforce an immediate Injunction against any agencies that have been defaming my character by spreading false allegations to neighbors, friends, and business associates. These are witnesses who have been told to either watch me closely or to stay away from me completely, thereby defaming my character and reputation.


Please respond with any correspondence to my phone and/or address above.

Thank you,

Exhibit C

**Confidential Report:**

**Suspected Foul Play in Plaintiff's younger brother's death**

The Plaintiff and his family suspect foul play in the death of Plaintiff's youngest brother, Elias Reyes, Jr. in Albany, CA. on April 12, 2014.

Plaintiff's mother, older brother, and sisters suspected foul play from the beginning, as Plaintiff's mother stated at that time, "Someone killed my son."

When Plaintiff and his family went to pick up Elias Reyes Jr.'s belongings in Albany, CA., his family noticed strange things in the rented backhouse, or "casita," of the residence.

Plaintiff, his older brother, and another friend went to speak to the Albany Police Department the next day to the local Detective of the small city, Officer Art Pagsolingan, to raise their concerns and possibly get an investigation going. However, the Detective seemed convinced that "he did it."

Plaintiff's younger brother was never involved in any criminal organization and never made any enemies.

Plaintiff and his family witnessed the following when they went together to pick up Elias Reyes Jr.'s belongings from his rented room:

    1) There was no suicide note, even though Elias was an avid writer and had graduated UCLA with honors.

    2) Elias Reyes Jr.'s nose was broken at or around the time of death.

    3) A pool of blood was present, about 12 inches from the main door, indicating that his nose may have been broken while hanging at the door.

    4) A "bleach type" of smell was present in the room, as Plaintiff remembers telling one of his sisters, "It smells like bleach."

    5) Items were moved around the dresser drawer, and some seemed to have been knocked over.

6) The white bed sheets looked like they were removed quickly, from the chest area and the leg areas of the bed, and were placed evenly on the right side of the bed.

7) Elias had ordered pizza that night from delivery and apparently had 2-3 slices, along with some wine.

8) The family later found out that Elias's phone and laptop were "wiped."

9) When Plaintiff inspected the marks on his younger brother's neck at the funeral, he noticed visible "belt" marks as well as other suspicious marks. The suspicious marks looked like even "serrated" marks below the belt marks.

10) The residents of the house where Elias Reyes Jr. rented the "casita" from, mysteriously went on vacation that weekend of Elias's death.

11) Plaintiff's older brother, Mario, stated at the time to the Plaintiff that before Elias Reyes Jr. died, Elias had mentioned to him that there was an FBI agent who showed up to Elias's place of work, asking questions, but that he did not know anything else.

12) Plaintiff's older brother, Mario, also stated at that time to Plaintiff that Elias Reyes Jr.'s boss at his work was forcing Elias to download suspicious phone apps and "order prostitutes" for him on his cellphone, and that it made Elias "uncomfortable."

13) Elias had mentioned to his mother that unknown individuals were following him from his work to his residence before he died.

No murder investigation has ever taken place.

Because of the family's suspicions, they ordered a 2nd Autopsy at that time. There were no narcotics or barbiturates that were able to be detected. The cause of death was "Asphyxiation."

On 1-30-23, Plaintiff attempted to contact Detective Art Pagsolingan by email and LinkedIn to possibly re-visit the case, since there were similarities to what was happening to the Plaintiff, but the Detective's email was no longer active and the

2

Detective has not responded to messages.

Plaintiff and his family now believe that Elias Reyes, Jr. was sedated and murdered by the government.

Exhibit E

REYES, Rosario **DOB:** 10/22/1974 (47 yo M) **Acc No.** 289124 **DOS:** 03/18/2022



Reyes, Rosario
47 Y old  Male, DOB: 10/22/1974
Account Number: 289124
15181 Bucknell Cir, Westminster, CA-92683
Home: 657-250-5778
Guarantor: Reyes, Rosario   Insurance: AltaMed Payer ID: IP080
Appointment Facility: Oc Urgentcare Hb South

03/18/2022                                              Progress Notes:  Christine Tran

**Current Medications**
None

**Past Medical History**
   Medical History Verified.

**Allergies**
Penicillin

**Review of Systems**
General/Constitutional:
   Patient complaining of fatigue.
Change in appetite denies.
Chills denies.  Fever denies.
Headache denies.
Respiratory:
   Cough denies.  Shortness of breath
at rest denies.  Shortness of breath with
exertion denies.  Wheezing denies.
Cardiovascular:
   Chest pain at rest denies.  Chest
pain with exertion denies.  Irregular
heartbeat denies.  Shortness of
breath denies.
Gastrointestinal:
   Abdominal pain admits.
Diarrhea denies.  Nausea denies.
Vomiting denies.

**Reason for Appointment**
1. Stomach Pain, dizziness, fatigue x1 month

**History of Present Illness**
Constitutional:
   Pt presents to clinic BIB self complaining of ongoing abdominal pain and fatigue for over 1 month now. Pt reports that the main reason that he came in today is to get bloodwork done to check for toxins/poisons. Pt reports that he thinks he is being slowly "poisoned" by the police, states that they have been following him and breaking into his storage area. Pt denies having a regular PCP or any recent routine bloodwork. Pt admits to drinking Nyquil prn at night to help him sleep, states that he has noticed his symptoms more so after drinking Nyquil. Pt denies fever, chills, body aches, night sweats, cold/flu symptoms, chest pain / SOB, n/v/d, changes in urination or BM, saddle anesthesia, muscle weakness, numbness/tingling/paresthesia, headache. Denies any medical hx, not taking any other medications other than OTC Nyquil.

**Vital Signs**
Temp **98.9 F**, BP 149/95 mm Hg, Oxygen sat % 100 %, HR 105 /min.

**Examination**
General Examination:
   GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
   EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
   SKIN: no suspicious lesions.
   HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
   LUNGS: pt speaking well.
   PSYCH: alert.
   PT REFUSED PHYSICAL EXAM, DID NOT WANT TO BE EXAMINED AT ALL, ONLY WANTED BLOODWORK.

**Assessments**
1. Abdominal pain, unspecified abdominal location - R10.9 (Primary)
2. Fatigue, unspecified type - R53.83
3. Elevated blood pressure reading - R03.0
4. Tachycardia - R00.0

**Treatment**



Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 6/21/2022

**06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine**

Clinical Notes

Progress Notes

Wu, Sidney, MD at 6/21/2022 1500

# AltaMed
## QUALITY CARE WITHOUT EXCEPTION™

| Patient Name | Rosario Adolfo Reyes |
|---|---|
| MRN | 383254 |
| DOB / Age / Sex | 10/22/1974 / 47 y.o. / male |

Encounter Date: 6/21/2022

**Chief Complaint**
Patient presents with
• Consult
  *Patient requesting lab orders*

**HPI:**
HPI
Needs lab orders
Worried about 'toxins' esp as someone may be lacing food with poisons in last month (Nyquil? -- somnolence, SOB/cough, n/v)
u/c visited; wasn't able to do testing
still mild nausea still

Meds:
Stopped nyquil

S/shx:
vaccinated x 2 (J&J, pfizer)
still living in same place; feels safer now
# partners in last 3y: 1-2 (female only; usu no protection)

Reviewed:
8/2020
Neg/norm: Covid 19, vit D, tsh, cbc,bmp
Alt 53, glu 103
Tchol 286, hdl 34, trig 406
2019

| | |
|---|---|
| Huntington Beach<br>8041 Newman Ave.<br>Huntington Beach CA 92647-<br>7034 | Reyes, Rosario Adolfo<br>MRN: 383254, DOB: 10/22/1974, Sex: M<br>Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

**Clinical Notes (continued)**

Norm/neg:  ft4, ua, ccp, crp cbc, esr, cmp, vit D, tsh, tchol
Hdl 35
Trig 254, ldl 112

**ROS:**
Review of Systems
Constitutional: Negative for activity change, appetite change and fever.
HENT: Negative for ear pain and sore throat.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for abdominal pain and nausea. Negative for constipation, diarrhea and vomiting.
Genitourinary: Negative for dysuria.
Skin: Negative for rash.
Neurological: Negative for headaches.

**PMH/PSH:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Scoliosis | |

History reviewed. No pertinent surgical history.

**Fhx:**
**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Diabetes | Mother | | |
| • Hyperlipid emia | Mother | | |
| • No Known Problems | Father | | |

**S/SHx:**
**Social History**

Socioeconomic History
| | |
|---|---|
| • Marital status: | Single |
|     Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
• Not on file

Tobacco Use
| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 6/21/2022

### 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

**Clinical Notes (continued)**

Vaping Use
- Vaping Use:                 Never used

Substance and Sexual Activity
- Alcohol use:                Not Currently
- Drug use:                   Never
- Sexual activity:            Yes
    Birth control/protection: None

Other Topics              Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Social History**

Social History Narrative
- Not on file

**Allergies:**
**Allergies**

| Allergen | Reactions |
| --- | --- |
| Clindamycin | Anxiety and Nausea Only |
| Penicillins | Shortness of breath and Swelling |
| Naproxen | |
| *Upset stomach* | |

**Medications:**

Current Outpatient Medications:
- cyclobenzaprine 5 mg tablet, TAKE 1 TABLET BY MOUTH THREE TIMES DAILY FOR MUSCULOSKELETAL PAIN, Disp: , Rfl:
- DOK 100 mg capsule, TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR CONSTIPATION, Disp: , Rfl:
- meloxicam 7.5 mg tablet, TAKE 1 (7.5MG TOTAL)TABLET BY MOUTH ONCE DAILY, Disp: 90 tablet, Rfl: 0

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 6/21/2022

**06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)**

Clinical Notes (continued)

• lidocaine 5 % patch, , Disp: , Rfl:

**Physical Exam:**
**Visit Vitals**
Smoking Status          Never Smoker

Physical Exam
**n/a**

**Assessment/Plan:**
**Problem List Items Addressed This Visit**

Cardiac and Vasculature
**Mixed hyperlipidemia**

Endocrine And Metabolic
**Elevated fasting glucose (Chronic)**
Relevant Orders
Hemoglobin A1c

**Other Visit Diagnoses**
**Toxin exposure**   -  Primary
Relevant Orders
CBC (INCLUDES DIFF/PLT)
Comprehensive metabolic panel
Lipid panel
TSH
Vitamin D 25 hydroxy
Hemoglobin A1c
HSV 2 antibody, IgG
HSV 1 antibody, IgG
RPR
HIV 1/2 ANTIGEN/ANTIBODY W/RFL
HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR
Hepatitis B surface antigen
Hepatitis B surface antibody
Hepatitis B core antibody, total
Chlamydia/ Gonorrhoeae Urine or Swab
H. pylori breath test
Amylase
Lipase
Sedimentation rate, automated
C-reactive protein
Hepatitis A antibody, total

| Huntington Beach | Reyes, Rosario Adolfo |
|---|---|
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

**06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)**

**Clinical Notes (continued)**

    Gamma GT
    Heavy metals, blood
    URINE DRUG SCREEN, COMPREHENSIVE

**Elevated alanine aminotransferase (ALT) level**
Relevant Orders
    HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR
    Hepatitis B surface antigen
    Hepatitis B surface antibody
    Hepatitis B core antibody, total


Follow up: Follow up in about 2 months (around 8/21/2022).
Please see AVS patient instructions for further assessment/plan.
Counseling Performed:
Dietary and physical activity counseling provided.
Tobacco cessation counseling provided and available treatment options discussed.


**SIDNEY WU, MD**
6/21/2022
4:28 PM

*Risks and benefits of telehealth service were reviewed with patient whose identity was verified, and consented to TELEHEALTH visit. This visit is medically necessary and clinically appropriate. This was a Phone visit (Adult): I spent 20 minutes in consultation via telephone.*


Electronically signed by Wu, Sidney, MD at 6/21/2022 4:30 PM


**Labs**

**Lipid panel (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

Lipid panel (Abnormal)                                                                           Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: **Wu, Sidney, MD** 06/21/22 1625        Order status: **Completed**
Filed by: **Interface, Quest Lab Results In** 07/08/22 0817        Collected by: **07/06/22 1506**
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: **Wu, Sidney, MD** on 08/17/22 1730

| Huntington Beach | Reyes, Rosario Adolfo |
|---|---|
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 222 | <200 mg/dL | H ^ | 27 |
| HDL | 36 | > OR = 40 mg/dL | L ˅ | 27 |
| TRIGLYCERIDES | 300 | <150 mg/dL | H ^ | 27 |

Comment:

If a non-fasting specimen was collected, consider
repeat triglyceride testing on a fasting specimen
if clinically indicated.
Jacobson et al. J. of Clin. Lipidol. 2015;9:129-169.

| | | | | |
|---|---|---|---|---|
| LDL-CHOLESTEROL | 143 | mg/dL (calc) | H ^ | 27 |

Comment:
Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 6.2 | <5.0 (calc) | H ^ | 27 |
| NON HDL CHOLESTEROL | 186 | <130 mg/dL (calc) | H ^ | 27 |

Comment:
For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### TSH (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### TSH

Resulted: 07/08/22 0809, Result status: Final result

| Ordering provider: Wu, Sidney, MD  06/21/22 1625 | Order status: Completed |
|---|---|

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 6/21/2022

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

Filed by: Interface, Quest Lab Results In 07/08/22 0817     Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 2.71 | 0.40 - 4.50 mIU/L | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Vitamin D 25 hydroxy (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### Vitamin D 25 hydroxy    Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD 06/21/22 1625    Order status: Completed
Filed by: Interface, Quest Lab Results In 07/08/22 0817    Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 51 | 30 - 100 ng/mL | — | 27 |

Comment:
Vitamin D Status   25-OH Vitamin D:

Deficiency:       <20 ng/mL
Insufficiency:     20 - 29 ng/mL
Optimal:        > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

| Huntington Beach | Reyes, Rosario Adolfo |
| --- | --- |
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

See Note 1

Note 1

For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ199
(This link is being provided for informational/
educational purposes only.)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Hemoglobin A1c (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
| --- | --- | --- | --- |
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### Hemoglobin A1c

Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625
Filed by: Interface, Quest Lab Results In  07/08/22 0817
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

Order status: Completed
Collected by: 07/06/22 1506

#### Components

| Component | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| HEMOGLOBIN A1C | 5.2 | <5.7 % of total Hgb | — | 27 |

Comment:
For the purpose of screening for the presence of diabetes:

<5.7%      Consistent with the absence of diabetes
5.7-6.4%  Consistent with increased risk for diabetes
          (prediabetes)
> or =6.5%  Consistent with diabetes

This assay result is consistent with a decreased risk of diabetes.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes in children.

| | |
|---|---|
| Huntington Beach<br>8041 Newman Ave.<br>Huntington Beach CA 92647-7034 | Reyes, Rosario Adolfo<br>MRN: 383254, DOB: 10/22/1974, Sex: M<br>Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

According to American Diabetes Association (ADA) guidelines, hemoglobin A1c <7.0% represents optimal control in non-pregnant diabetic patients. Different metrics may apply to specific patient populations. Standards of Medical Care in Diabetes(ADA).

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Elevated fasting glucose [R73.01 (ICD-10-CM)]
Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### HSV 2 antibody, IgG (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### HSV 2 antibody, IgG

Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625
Filed by: Interface, Quest Lab Results In  07/08/22 0817
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

Order status: Completed
Collected by: 07/06/22 1506

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV 2 IgG, TYPE SPECIFIC AB | <0.90 | index | — | 27 |
| Comment: | | | | |

| Index | Interpretation |
|---|---|
| <0.90 | Negative |
| 0.90-1.09 | Equivocal |
| >1.09 | Positive |

This assay utilizes recombinant type-specific antigens to differentiate HSV-1 from HSV-2 infections. A positive result cannot distinguish between recent and past infection. If recent HSV infection is suspected but the results are negative or equivocal, the assay should be repeated in 4-6 weeks. The performance characteristics of the assay have not been established for pediatric populations, immunocompromised patients, or neonatal screening.

| Huntington Beach | Reyes, Rosario Adolfo |
|---|---|
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

**06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)**

**Labs (continued)**

For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ118
(This link is being provided for informational/
educational purposes only.)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

**Indications**

Toxin exposure [Z77.29 (ICD-10-CM)]

**All Reviewers List**

Wu, Sidney, MD on 8/17/2022 17:30

**HSV 1 antibody, IgG (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

**HSV 1 antibody, IgG (Abnormal)**                    Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817   Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV 1 IgG, TYPE SPECIFIC AB | 18.60 | index | H ^ | 27 |

Comment:

| Index | Interpretation |
|---|---|
| <0.90 | Negative |
| 0.90-1.09 | Equivocal |
| >1.09 | Positive |

This assay utilizes recombinant type-specific antigens
to differentiate HSV-1 from HSV-2 infections. A
positive result cannot distinguish between recent and
past infection. If recent HSV infection is suspected
but the results are negative or equivocal, the assay
should be repeated in 4-6 weeks. The performance
characteristics of the assay have not been established
for pediatric populations, immunocompromised patients,
or neonatal screening.

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 6/21/2022

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ118
(This link is being provided for informational/
educational purposes only.)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

## HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR

Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625
Filed by: Interface, Quest Lab Results In  07/08/22 0817
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

Order status: Completed
Collected by: 07/06/22 1506

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEPATITIS C ANTIBODY | NON-REACTIVE | NON-REACTIVE | — | 27 |
| INDEX SIGNAL/CUT-OFF | 0.01 | <1.00 | — | 27 |

Comment:

HCV antibody was non-reactive. There is no laboratory
evidence of HCV infection.

In most cases, no further action is required. However,
if recent HCV exposure is suspected, a test for HCV RNA
(test code 35645) is suggested.

For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ22v1
(This link is being provided for informational/
educational purposes only.)

| Huntington Beach | Reyes, Rosario Adolfo |
|---|---|
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Elevated alanine aminotransferase (ALT) level [R74.01 (ICD-10-CM)] . *liver*

Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Hepatitis B surface antigen (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### Hepatitis B surface antigen                    Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817    Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIGEN | NON-REACTIVE | NON-REACTIVE | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Elevated alanine aminotransferase (ALT) level [R74.01 (ICD-10-CM)]
Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Hepatitis B surface antibody (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

| | |
|---|---|
| Huntington Beach | Reyes, Rosario Adolfo |
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

#### Hepatitis B surface antibody                                    Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817     Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIBODY QL | NON-REACTIVE | NON-REACTIVE | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Elevated alanine aminotransferase (ALT) level [R74.01 (ICD-10-CM)]
Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Hepatitis B core antibody, total (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### Hepatitis B core antibody, total                              Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817     Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEPATITIS B CORE AB TOTAL | NON-REACTIVE | NON-REACTIVE | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST | Unknown | Unknown | 01/07/19 1600 - Present |

| | |
|---|---|
| Huntington Beach | Reyes, Rosario Adolfo |
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

**06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)**

### Labs (continued)

DIAGNOSTICS-WEST HILLS

#### Indications

Elevated alanine aminotransferase (ALT) level [R74.01 (ICD-10-CM)]
Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Amylase (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

**Amylase** — Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817     Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AMYLASE | 66 | 21 - 101 U/L | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Lipase (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

**Lipase** — Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817     Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 6/21/2022

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| LIPASE | 39 | 7 - 60 U/L | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### Sedimentation rate, automated (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

#### Sedimentation rate, automated

Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625
Filed by: Interface, Quest Lab Results In  07/08/22 0817
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

Order status: Completed
Collected by: 07/06/22 1506

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| SED RATE BY MODIFIED WESTERGREN | 6 | < OR = 15 mm/h | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

| Huntington Beach | Reyes, Rosario Adolfo |
|---|---|
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

#### C-reactive protein (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

**C-reactive protein**                      Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817   Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-REACTIVE PROTEIN | 2.0 | <8.0 mg/L | — | 27 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

**Indications**

Toxin exposure [Z77.29 (ICD-10-CM)]

**All Reviewers List**

Wu, Sidney, MD on 8/17/2022 17:30

#### Hepatitis A antibody, total (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

**Hepatitis A antibody, total (Abnormal)**          Resulted: 07/08/22 0809, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625          Order status: Completed
Filed by: Interface, Quest Lab Results In  07/08/22 0817   Collected by: 07/06/22 1506
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEPATITIS A AB, TOTAL | REACTIVE | NON-REACTIVE | A ! | 27 |
| Comment | For additional information, | — | — | 27 |

| Huntington Beach | Reyes, Rosario Adolfo |
|---|---|
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

please refer to http://education.questdiagnostics.com/faq/FAQ202 (This link is being provided for informational/ educational purposes only.)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

**Indications**

Toxin exposure [Z77.29 (ICD-10-CM)]

**All Reviewers List**

Wu, Sidney, MD on 8/17/2022 17:30

### Gamma GT (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | Blood | Blood, Venous | 07/06/22 1506 |

| **Gamma GT** | Resulted: 07/08/22 0809, Result status: Final result |
|---|---|

Ordering provider: Wu, Sidney, MD  06/21/22 1625
Filed by: Interface, Quest Lab Results In  07/08/22 0817
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

Order status: Completed
Collected by: 07/06/22 1506

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GGT | 30 | 3 - 95 U/L | — | 27 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

**Indications**

| | | |
|---|---|---|
| Huntington Beach | | Reyes, Rosario Adolfo |
| 8041 Newman Ave. | | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

Toxin exposure [Z77.29 (ICD-10-CM)]

**All Reviewers List**

Wu, Sidney, MD on 8/17/2022 17:30

### URINE DRUG SCREEN, COMPREHENSIVE (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD259399K | — | — | 07/06/22 1506 |

**URINE DRUG SCREEN, COMPREHENSIVE (Abnormal)**      Resulted: 07/08/22 0809, Result status: Final result

Order status: Completed      Filed by: Interface, Quest Lab Results In  07/08/22 0817
Collected by: 07/06/22 1506      Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
FASTING:YES
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PLEASE NOTE: | — | — | — | 27 |
|   Comment: | | | | |

    * These results are for medical treatment only.  *
    * Analysis was performed as non-forensic testing. *

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| URINE RESULTS | DRUG(S) DETECTED: | — | A ! | 27 |
| Result | Caffeine | — | A ! | 27 |
| (ALWAYS MESSAGE) | — | — | — | 27 |
|   Comment: | | | | |

PATIENT RESULTS ARE INDICATED ABOVE.  URINE WAS TESTED FOR THE FOLLOWING:

ANALGESICS      BARBITURATES      PHENCYCLIDINE
ANTIARRYTHMICS      BENZODIAZEPINE METABS.      SEDATIVES/HYPNOTICS
ANTICONVULSANTS      CANNABINOIDS      STIMULANTS
ANTIDEPRESSANTS      COCAINE METABOLITE      VOLATILES
ANTIHISTAMINES      OPIATES/NARCOTICS
ANTIPSYCHOTICS      MUSCLE RELAXANTS

PLEASE REFER TO CURRENT DIRECTORY OF SERVICES FOR SPECIFICS ON WHICH DRUGS ARE TESTED.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

| Huntington Beach | Reyes, Rosario Adolfo |
|---|---|
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 6/21/2022 |

## 06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine (continued)

### Labs (continued)

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30

### H. pylori breath test (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ZD260458K | Breath | Other | 07/06/22 1553 |

#### H. pylori breath test

Resulted: 07/11/22 2118, Result status: Final result

Ordering provider: Wu, Sidney, MD  06/21/22 1625
Filed by: Interface, Quest Lab Results In  07/11/22 2132
Resulting lab: QUEST DIAGNOSTICS-WEST HILLS
Narrative:
SPLIT 07/06/2022 FROM 0354841
FASTING:YES

Order status: Completed
Collected by: 07/06/22 1553

FASTING: YES
Acknowledged by: Wu, Sidney, MD on 08/17/22 1730

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HELICOBACTER PYLORI, UREA BREATH TEST | NOT DETECTED | NOT DETECTED | — | 27 |

Comment:

Antimicrobials, proton pump inhibitors, and bismuth preparations are known to suppress H. pylori, and ingestion of these prior to H. pylori diagnostic testing may lead to false negative results. If clinically indicated, the test may be repeated on a new specimen obtained two weeks after discontinuing treatment. However, a positive result is still clinically valid.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | QUEST DIAGNOSTICS-WEST HILLS | Unknown | Unknown | 01/07/19 1600 - Present |

#### Indications

Toxin exposure [Z77.29 (ICD-10-CM)]

#### All Reviewers List

Wu, Sidney, MD on 8/17/2022 17:30



















UNITED STATES
POSTAL SERVICE.

HUNTINGTON BEACH
6771 WARNER AVE
HUNTINGTON BEACH, CA 92647-9998
(800)275-8777

12/29/2021                          02:23 PM

----------------------------------------------

Tracking #:
    70201810000?4668291
Summary: The delivery status of your item has
    been updated as of December 23, 2021, 1:08
    am. We apologize that it may arrive later than
expected.
Details: Out for Delivery, 12/22/2021, 7:08
am, LOS ANGELES, CA 90017
Details: Arrived at Post Office, 12/22/2021,
6:57 am, LOS ANGELES, CA 90017
Details: Departed USPS Regional Facility,
December 22, 2021, 1:19 am, LOS ANGELES CA
DISTRIBUTION CENTER
Details: Arrived at USPS Regional Facility,
December 21, 2021, 11:52 pm, LOS ANGELES CA
DISTRIBUTION CENTER
Details: In Transit to Next Facility,
12/21/2021
Details: Departed Post Office, December 20,
2021, 5:01 pm, HUNTINGTON BEACH, CA 92647
Details: USPS in possession of item, December
20, 2021, 2:33 pm, HUNTINGTON BEACH, CA 92647

----------------------------------------------

UFN: 053594-9552
Receipt #: 840-19260266-1-2169668-1
Clerk: 00

**December 23, 2021, 1:08 am**

Awaiting Delivery Scan

The delivery status of your item has not been updated as of December 23, 2021, 1:08 am. We apologize that it may arrive later than expected.

**December 22, 2021, 7:08 am**

Out for Delivery

LOS ANGELES, CA 90017

**December 22, 2021, 6:57 am**

Arrived at Post Office

LOS ANGELES, CA 90057

**December 22, 2021, 1:19 am**

Departed USPS Regional Facility

LOS ANGELES CA DISTRIBUTION CENTER

**December 21, 2021, 11:52 pm**

Arrived at USPS Regional Facility



1:52

accounts.craigslist.org/login/home

new posting in:  choose    ∨  go

showing most recent

[ page 1 ]

| | | | | |
|---|---|---|---|---|
| Removed | display | | I'm looking for civil rights attorney | **orc** volunteers | 08 Dec 2022 13 |
| Removed | display | | Looking for a Civil Rights lawyer | **orc** general community | 07 Nov 2022 23 renewed 04 Dec 202 |
| Active | display | delete | edit | SPORTY BMW 325i  $3700 | **orc** cars & trucks - by owner recen | 21 Nov 2022 02 |
| Active | display | delete | edit | STYLISH BMW 325i  $3700 | **orc** cars & trucks - by owner recent | 16 Nov 2022 14 |
| Removed | display | repost | edit | I'M LOOKING FOR A CIVIL RIGHTS ATTORNEY | **orc** general community | 07 Nov 2022 20 |
| Removed | display | repost | | I'M LOOKING FOR A PROBONO CIVIL RIGHTS ATTORNEY | **orc** volunteers | 07 Nov 2022 18 |
| Removed | display | | | I'm Looking for ProBono Civil Rights Attorney | **orc** general community | 02 Nov 2022 17 |









*Handwritten: went to hospital (after I woke up 4pm) and called police.*
*G.G. Hospital*

**ED** 1/27/2023
GGH Emergency

Outside Information

---

**Rosario A Reyes** - 48 y.o. Male; born Oct. 22, 1974    Encounter Summary, generated on Feb. 16, 2023

## Reason for Visit

| Reason | Comments |
|--------|----------|
| Poisoning | Pt reports he has been poisoned randomly for years. Pt reports watery eyes, SOB, nausea, vomiting. |

## Encounter Details

| Date | Type | Department | Care Team | Description |
|------|------|-----------|-----------|-------------|
| 01/27/2023 | Emergency | GGH Emergency 12601 Garden Grove Blvd Garden Grove, CA 92843 714-741-2724 | **Saelee, Samuel A, MD** 1111 W La Palma Ave Anaheim, CA 92801-2804 714-774-1450 (Work) | Dyspnea (Primary Dx) |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|-------------|-------|-----------|------------|------|
| Smoking Tobacco: Never Assessed | | | | |

| Sex Assigned at Birth | Date Recorded |
|-----------------------|---------------|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|------------|---------|------------|----------|
| Blood Pressure | 147/86 | 01/27/2023 7:16 PM PST | |
| Pulse | 87 | 01/27/2023 7:16 PM PST | |
| Temperature | 36 °C (96.8 °F) | 01/27/2023 7:16 PM PST | |
| Respiratory Rate | 18 | 01/27/2023 7:16 PM PST | |
| Oxygen Saturation | 98% | 01/27/2023 7:16 PM PST | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 79.4 kg (175 lb) | 01/27/2023 7:16 PM PST | |
| Height | 177.8 cm (5' 10") | 01/27/2023 7:16 PM PST | |
| Body Mass Index | 25.11 | 01/27/2023 7:16 PM PST | |

*Handwritten: was told by a nurse that Harbor UCLA med. center has Poison Detection kits — Advanced Forensic Doctor recommended Testing of blood and urine*

## Discharge Instructions - documented in this encounter

### Discharge Instructions

Samuel A Saelee, MD - 01/27/2023 10:07 PM PST
Formatting of this note might be different from the original.
Return if worse, more symptoms, persistent shortness of breath.
Electronically signed by Samuel A Saelee, MD at 01/27/2023 10:07 PM PST

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg by mouth daily. | | 0 | | |

## Discharge Disposition - documented in this encounter

| Disposition | Code | Departure Means | Destination |
|---|---|---|---|
| Home or Self Care | | | Home |

## ED Notes - documented in this encounter

Table of Contents for ED Notes
Ryan Nguyen, RN - 01/27/2023 10:16 PM PST
Samuel A Saelee, MD - 01/27/2023 8:04 PM PST

Ryan Nguyen, RN - 01/27/2023 10:16 PM PST
Formatting of this note might be different from the original.
Pt discharged home. VSS, A&Ox4, even and unlabored respirations noted on room air. NAD. Discharge, follow up and medication instructions provided. Pt verbalized understanding of information. Copies of XR provided. All pt questions answered. All belongings taken home.

Electronically signed by Ryan Nguyen, RN at 01/27/2023 10:18 PM PST

Back to top of ED Notes

Samuel A Saelee, MD - 01/27/2023 8:04 PM PST
Formatting of this note is different from the original.
GGH EMERGENCY
12601 GARDEN GROVE BLVD
GARDEN GROVE CA 92843
714-537-5160

HISTORY OF PRESENT ILLNESS

Rosario A Reyes is a 48 y.o. male who presents to the ED with Poisoning (Pt reports he has been poisoned randomly for years. Pt reports watery eyes, SOB, nausea, vomiting.)

Source of info: History obtained via patient and EHR in Epic/CareEverywhere/EDIE notes if available.

HPI:
Rosario A Reyes is a 48 y.o. male who BIB/Via car complaining of poisoning that occurred last night and the night before. Per patient, he thinks someone has broken into his house and put some unknown powder in his food and on his pillow. He reports thinking this due to a smell of chlorine in his room. Patient has associated nausea, dizziness, drowsiness, SOB, and coughing but denies any runny nose or abdominal pain. He denies any SI or HI. Patient denies any alcohol or drug usage. He denies smoking.

He states he made the police report.
He also states similar things happened in a different city some years ago.
He denies any significant issues with any other person.

History:
Past Medical History:
Diagnosis Date
• Back pain
• DVD (dissociated vertical deviation)
• Ulcer (CMS/HCC)

PmHx: none. Patient denies DM, HTN
Patient denies history of psychiatric illness. Patient also denies history of heart disease or pulmonary disease.

Allergies: He is allergic to penicillins.

No past surgical history on file.


No family history on file.

Prior Meds:
Previous Medications
MELOXICAM (MOBIC) 15 MG TABLET Take 15 mg by mouth daily.

REVIEW OF SYSTEMS

Review of Systems:
ROS as per HPI otherwise negative.

PHYSICAL EXAMINATION

Triage Vitals
Temp 96.8 °F (36 °C)
BP 147/86
Pulse 87
Resp 18
SpO2 98 %
Weight / BMI: 79.4 kg (175 lb) Body mass index is 25.11 kg/m².

Initial Triage note reviewed

Physical Examination
Const: WD, WN, Vitals signs above reviewed and is borderline hypertensive. Non toxic appearing.normal
speech. NO coughing. No apparent distress.
Head: atraumatic
Eyes: Normal Conjunctiva, PERLA EOMI
ENT: Normal External Ears, Nose, and Mouth.
Neck: Full range of motion. No meningismus.
Resp: Clear to auscultation bilaterally. No wheezes or rhonchi.
Cardio: Regular rate and rhythm, no murmurs
Abd: Soft, non tender, non distended.
Skin: No petechiae or rashes
Back: No midline or flank tenderness. No redness or swelling noted.
Ext: No cyanosis, or edema. No deformity.
Neuro: Awake and alert. Oriented non-focal neurologically
Psych: Normal Mood and Affect


Despite his complaint physically there is no evidence of conjunctivitis or watery eyes, no evidence of
respiratory distress, patient appeared to be normal-appearing. I question paranoia. Patient doesn't seem
to be hallucinating.

DDX: Differential diagnosis include but not limited to atypical chest pain, pneumonia, pneumothorax,
exposure to unknown chemicals, electrolyte abnormality, drug exposure, etc. Not tachycardic with

normal pulseox

EKG sinus rhythm at a rate of 75 no acute ST changes no PVC noted.

REVIEW OF RESULTS

Lab results:
Labs Reviewed
CBC W/ AUTO DIFF - Abnormal          *Blood cells*
Result Value
WBC 12.50
RBC 5.39
Hemoglobin 16.2
Hematocrit 46.5
MCV 86.2
MCH 30.1
MCHC 34.9
RDW 14.0
Platelets 289
MPV 7.9
Neutrophils (Relative) 82.8
Lymphocytes (Relative) 9.7
Monocytes (Relative) 7.0
Eosinophils (Relative) 0.3
Basophils (Relative) 0.2
Neutrophils (Absolute) 10.4 (*)
Lymphocytes (Absolute) 1.2
Monocytes (Absolute) 0.9
Eosinophils (Absolute) 0.0
Basophils (Absolute) 0.0
SARS ANTIGEN - Normal
SARS Antigen, FIA Negative
Narrative:
Presumptive Negative results do not exclude infection, and must be confirmed with an FDA authorized molecular assay for clinical management, including infection control.
This test should be used for the qualitative detection of SARS antigen from both viable and non-viable SARS-CoV and SARS-CoV-2. Performance depends on the amount of viral antigen present. A negative test result may occur if the level of antigen in a sample is below the detection limit of the test or if the sample was collected or transported improperly. Tests results must be evaluated in conjunction with other clinical data. This test is only for use under the Food and Drug Administration's Emergency Use Authorization.
TROPONIN I - Normal
HS Troponin I 4
Narrative:
High-sensitivity Troponin I (hsTnI) assay can reliably detect low troponin concentrations relative to conventional troponin assays. It is the preferred marker of myocardial necrosis as recommended by the Fourth Universal Definition of Myocardial Infarction Guidelines.

The diagnosis of acute myocardial infarction (AMI) is made based on a rise or fall of troponin with at least one measurement exceeding the laboratory's upper limit of normal(indicating myocardial injury), in the context of reasonable suspicion for coronary ischemia (e.g. typical symptoms, changes on ECG,

evidence for loss of myocardial function or demonstration of obstructive coronary artery disease).

NOTE: Although abnormal hsTnI values reflect INJURY to myocardial cells, an elevated hsTnI does not indicate the CAUSE of injury (i.e. ischemia versus non-ischemic disease).

In some cases, myocardial injury is chronic and relatively stable such that hsTnI values remain elevated but do not change substantially over hours to days (examples include chronic kidney disease, heart failure or advanced patient age).

When determining whether there has been a significant rise or fall of troponin on serial sampling, absolute change in troponin concentration has greater diagnostic accuracy for AMI than relative change criteria. A change of >7 ng/L over a 2-hour interval or a change of >10 ng/L over a 3-hour interval is suggested as a significant change. If the initial hsTnI is below or slightly above the 99th percentile upper reference limit, a 50% change from the baseline is considered significant. If the initial hsTnI is above the 99th percentile upper reference limit, a 20% change from the baseline value is considered significant.
PROBNP - Normal
NT-PROBNP (PG/ML) 15
ETHANOL - Normal
Ethanol Level <3.0
URINE DRUG SCREEN - Normal
Cocaine Negative
Amphetamine Negative
Opiate Negative
Barbiturate Negative
CANNABINOID Negative
Benzodiazepine Negative
PHENCYCLIDINE Negative
Fentanyl Screen, Urine Negative
Narrative:
This drug screen method provides only a preliminary analytical test result. A more specific alternate chemical method must be used in order to obtain a confirmed analytical result. Gas chromatography/mass spectrometry is the preferred confirmatory method. Other chemical confirmation methods are available. Clinical consideration and professional judgment should be applied to any drug of abuse test result, particularly when preliminary positive results are used.

DRUG TEST CUT OFF

AMPHETAMINE QUAL. URINE 1000 NG/ML

BENZODIAZEPINE QUAL. URINE 200 NG/ML

COCAINE QUAL. URINE 300 NG/ML

OPIATE QUAL. URINE 300 NG/ML

BARBITURATE QUAL. URINE 200 NG/ML

CANNABINOID QUAL. URINE 50 NG/ML

PHENCYCLIDINE QUAL. URINE 25 NG/ML

FENTANYL QUAL. URINE 1.0 NG/ML

SALICYLATE LEVEL - Normal
Salicylate <2.8
ACETAMINOPHEN LEVEL - Normal
Acetaminophen Level <2.0
BASIC METABOLIC PANEL
Sodium 142
Potassium 3.8
Chloride 104
CO2 29.4
BUN 7.0
Creatinine 1.0
Glucose 112
Calcium 9.4
Glomerular Filtration Rate >90.0
Anion Gap 8.6
Narrative:
GFR estimate is calculated using the Modification of Diet
Renal Disease(MDRD)Equation. The National Kidney Disease
Education Program notes that performance of the MDRD
Equation has not been tested in children, adults below 18 years of age to over 70 years of age, pregnant
women, some patients with serious comorbid conditions or persons with extremes of body size, muscle
mass or nutrional status.
Application of the equation to these patient groups may
lead to errors in the GFR estimate.

INTERPRETATIVE DATA:
NORMAL: Greater than or equal to 60 ml/min/1.73 meters sq.
ABNORMAL: Less than 60 ml/min/1.73 meters sq.

GFR units are ml/min/1.73 meters sq.
ALL GFR VALUES ARE NORMALIZED TO AN AVERAGE SURFACE ARE SIZE OF 1.73 meters squared.

STAGES OF CHRONIC KIDNEY DISEASE

STAGE GFR DESCRIPTION
1 >90 Normal kidney function but urine finding
or structural abnormalities or genetic
trait point to kidney disease.
2 60-89 Mildly reduced kidney function and other
findings (as for stage 1) point to kidney
disease.
3 30-59 Moderately reduced kidney function.
4 15-29 Severely reduced kidney function.
5 <15 Very severe or end stage kidney failure

Labs reviewed independently by me.

Imaging Indication: Questionable exposure

Findings/Interpretation
X-ray shows no pneumonia or pneumothorax.
This was read by me and informed to the patient.

Overall testing in the emergency room shows no evidence of acute finding. EKG is unremarkable. UDS, Tylenol, salicylate, alcohol are unremarkable. Electrolytes unremarkable. Troponin is unremarkable. Coronavirus is negative. Respiratory rate and pulse ox are within normal limits.
Imaging
No results found.

Images independently reviewed by me. Patient/family was informed this is a preliminary reading only, and possibly final result may differ, and they may be given the phone call to update.

COURSE/MEDICAL DECISION MAKING

Current Vitals:
BP 147/86 (BP Location: Right arm, Patient Position: Sitting) | Pulse 87 | Temp 96.8 °F (36 °C) (Oral) | Resp 18 | Ht 5' 10" (1.778 m) | Wt 79.4 kg (175 lb) | SpO2 98% | BMI 25.11 kg/m²
Current Vital signs are stable, pulse ox is normal on RA

Rosario A Reyes presented to the Emergency Department by car for evaluation of possible exposure to unknown substance.

MDM/ED Course:

Medications - No data to display

*perihilar markings*

ED Course as of 01/27/23 2208
Fri Jan 27, 2023
2013 Sinus rhythm at the rate of 75 no acute ST changes no PVC. Essentially a unremarkable EKG. [SS]
2104 Chest x-ray as seen by me no gross consolidation or pneumonia. No pneumothorax. There is a slight prominent perihilar markings. This was explained to the patient that was my reading radiologist reading and to pull the formal x-ray report with follow-up. [SS]
2111 BMP troponin coronavirus, acetaminophen alcohol level and BMP are completely unremarkable. UDS unremarkable. CBC unremarkable. [SS]

ED Course User Index
[SS] Samuel A Saelee, MD

At this time patient has no symptoms and I do not see emergency medical condition at the present time. Patient was informed of all the findings. Patient was informed to follow-up with his primary care doctor and return was to the emergency room. Return precaution discussed with the patient. Patient also was informed to obtain the formal x-ray result when seen for follow-up.

Patient was informed of limitations of studies that are available in ER. He was informed that certain tests are not available in ED. *Advanced Forensic Testing recommended*

Medication(s) and side effects, Results of studies discussed with patient

Critical Care Time: NA

I have discussed the treatment plan with patient/surrogate decision maker including that treatment options and resources available, although may be reduced secondary to the COVID-19 pandemic and/or available resources.
Family/signif other was involved whenever available.

Final diagnoses:
Dyspnea
c/o of possible unknown toxin exposure.

New Prescriptions
No medications on file

ED Disposition: Discharge

Patient/Surrogate decision make demonstrates capacity to follow discharge plan and return precautions

Md None Pcp, MD

In 2 days

GGH Emergency
12601 Garden Grove Blvd
Garden Grove California 92843
714-741-2724
Go to
As needed, If symptoms worsen

Scribed for Provider: Dr. Samuel Saelee, MD by Prathamesh Ahire, ER Scribe, on 01/27/23 at 8:23 PM
Scribe documentation authenticated by Samuel A Saelee, MD on 01/27/23 at 10:08 PM
This note was partially edited by a scribe, Prathamesh Ahire. All medical record entries made by the scribe were at my direction and personally dictated by me. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and emergency department course of this patient. I have reviewed and concur with any entries that may have been independently charted by the scribe relative to the review of systems, past, family and/or social history.

Samuel A Saelee, MD
01/27/23 2208

Samuel A Saelee, MD
01/27/23 2352

Electronically signed by Samuel A Saelee, MD at 01/27/2023 11:52 PM PST

Back to top of ED Notes

## Miscellaneous Notes - documented in this encounter

ED Triage Note - Jonathan Nguyen, RN - 01/27/2023 7:17 PM PST
Formatting of this note might be different from the original.
Pt states he has been poisoned for years by fiberglass spray, chlorine-type spray, and unknown powder.
Pt reports burning esophagus sensation, watery eyes, SOB, and nausea.
Electronically signed by Jonathan Nguyen, RN at 01/27/2023 7:18 PM PST

## Plan of Treatment - documented as of this encounter

Not on file

## Procedures - documented in this encounter

| Procedure Name | Priority | Date/Time | Associated Diagnosis | Comments |
|---|---|---|---|---|
| XR CHEST 1 VIEW | STAT | 01/27/2023 9:31 PM PST | | Results for this procedure are in the results section. |
| SARS ANTIGEN | STAT | 01/27/2023 8:12 PM PST | | Results for this procedure are in the results section. |
| PROBNP | STAT | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| TROPONIN I | STAT | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| URINE DRUG SCREEN | STAT | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| CBC W/ AUTO DIFF | STAT | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| ETHANOL | STAT | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| ACETAMINOPHEN LEVEL | Add-On | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| SALICYLATE LEVEL | Add-On | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| BASIC METABOLIC PANEL | STAT | 01/27/2023 8:08 PM PST | | Results for this procedure are in the results section. |
| ECG 12-LEAD | STAT | 01/27/2023 8:04 PM PST | | Results for this procedure are in the results section. |

## Lab Results - documented in this encounter

Table of Contents for Lab Results
SARS Antigen (01/27/2023 8:12 PM PST)
ACETAMINOPHEN LEVEL (01/27/2023 8:08 PM PST)
Salicylate Level (01/27/2023 8:08 PM PST)
Urine Drug Screen (01/27/2023 8:08 PM PST)
Ethanol (01/27/2023 8:08 PM PST)
BMP (01/27/2023 8:08 PM PST)
(ABNORMAL) CBC w/ Differential (01/27/2023 8:08 PM PST)
proBNP (01/27/2023 8:08 PM PST)
Troponin I (01/27/2023 8:08 PM PST)

### SARS Antigen (01/27/2023 8:12 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| SARS Antigen, FIA | Negative | Negative | | 01/27/2023 8:40 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Nasopharyngeal | Pernasal swab / Unknown | Collection / Unknown | 01/27/2023 8:12 PM PST | 01/27/2023 8:13 PM PST |

Narrative
**GGH CLINICAL LABORATORY - 01/27/2023 8:40 PM PST**
Presumptive Negative results do not exclude infection, and must be confirmed
with an FDA authorized molecular assay for clinical management, including
infection control.
This test should be used for the qualitative detection of SARS antigen from
both viable and non-viable SARS-CoV and SARS-CoV-2. Performance depends on
the amount of viral antigen present. A negative test result may occur if
the level of antigen in a sample is below the detection limit of the test or
if the sample was collected or transported improperly. Tests results must be
evaluated in conjunction with other clinical data. This test is only for use
under the Food and Drug Administration's Emergency Use Authorization.

| Authorizing Provider | Result Type |
|---|---|
| Samuel A Saelee MD | MICROBIOLOGY - GENERAL ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

### ACETAMINOPHEN LEVEL (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Acetaminophen Level | <2.0 | 0.0 - 20.0 ug/ml | | 01/27/2023 8:57 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | | Venipuncture / Unknown | 01/27/2023 8:08 PM PST | 01/27/2023 8:40 PM PST |

| Authorizing Provider | Result Type |
|---|---|
| Samuel A Saelee MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

## Salicylate Level (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Salicylate | <2.8 | 0.0 - 30.0 mg/dl | | 01/27/2023 8:56 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | | Venipuncture / Unknown | 01/27/2023 8:08 PM PST | 01/27/2023 8:40 PM PST |

| Authorizing Provider | Result Type |
|---|---|
| Samuel A Saelee MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

Urine Drug Screen (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cocaine | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Amphetamine | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Opiate | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Barbiturate | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| CANNABINOID | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Benzodiazepine | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| PHENCYCLIDINE | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Fentanyl Screen, Urine | Negative | Negative | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine | Urine specimen obtained by clean catch procedure / Unknown | Collection / Unknown | 01/27/2023 8:08 PM PST | 01/27/2023 8:08 PM PST |

Narrative

**GGH CLINICAL LABORATORY - 01/27/2023 8:33 PM PST**
This drug screen method provides only a preliminary analytical test result.
A more specific alternate chemical method must be used in order to obtain a
confirmed analytical result. Gas chromatography/mass spectrometry is the
preferred confirmatory method. Other chemical confirmation methods are
available. Clinical consideration and professional judgment should be
applied to any drug of abuse test result, particularly when preliminary
positive results are used.

| DRUG TEST | | CUT OFF |
|---|---|---|
| AMPHETAMINE | QUAL. URINE | 1000 NG/ML |
| BENZODIAZEPINE | QUAL. URINE | 200 NG/ML |
| COCAINE | QUAL. URINE | 300 NG/ML |

Narrative

| OPIATE | QUAL. URINE | 300 NG/ML |
|---|---|---|
| BARBITURATE | QUAL. URINE | 200 NG/ML |
| CANNABINOID | QUAL. URINE | 50 NG/ML |
| PHENCYCLIDINE | QUAL. URINE | 25 NG/ML |
| FENTANYL | QUAL. URINE | 1.0 NG/ML |

| Authorizing Provider | Result Type |
|---|---|
| Samuel A Saelee MD | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

Ethanol (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Ethanol Level | <3.0 | <10.0 mg/dL | | 01/27/2023 8:36 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | | | 01/27/2023 8:08 PM PST | 01/27/2023 8:09 PM PST |

| Authorizing Provider | Result Type |
|---|---|
| Samuel A Saelee MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

BMP (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 142 | 136 - 145 mmol/L | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Potassium | 3.8 | 3.5 - 5.3 mmol/L | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Chloride | 104 | 98 - 110 mmol/L | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| CO2 | 29.4 | 20.0 - 31.0 mmol/L | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| BUN | 7.0 | 6.0 - 24.0 mg/dL | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Creatinine | 1.0 | 0.6 - 1.2 mg/dL | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Glucose | 112 | 70 - 140 mg/dL | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Calcium | 9.4 | 8.6 - 10.4 mg/dL | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Glomerular Filtration Rate | >90.0 | >90.0 mL/min/1.73m*2 | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |
| Anion Gap | 8.6 | 6 - 19 mmol/L | | 01/27/2023 8:33 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | | | 01/27/2023 8:08 PM PST | 01/27/2023 8:09 PM PST |

Narrative

**GGH CLINICAL LABORATORY - 01/27/2023 8:33 PM PST**
GFR estimate is calculated using the Modification of Diet
Renal Disease(MDRD)Equation. The National Kidney Disease
Education Program notes that performance of the MDRD
Equation has not been tested in children, adults below 18 years of age to
over 70 years of age, pregnant women, some patients with serious comorbid
conditions or persons with extremes of body size, muscle mass or nutrional
status.
Application of the equation to these patient groups may
lead to errors in the GFR estimate.

INTERPRETATIVE DATA:
NORMAL: Greater than or equal to 60 ml/min/1.73 meters sq.
ABNORMAL:  Less than 60 ml/min/1.73 meters sq.

Narrative

GFR units are ml/min/1.73 meters sq.
ALL GFR VALUES ARE NORMALIZED TO AN AVERAGE SURFACE ARE SIZE OF 1.73 meters
squared.

STAGES OF CHRONIC KIDNEY DISEASE

| STAGE | GFR | DESCRIPTION |
|---|---|---|
| 1 | >90 | Normal kidney function but urine finding or structural abnormalities or genetic trait point to kidney disease. |
| 2 | 60-89 | Mildly reduced kidney function and other findings (as for stage 1) point to kidney disease. |
| 3 | 30-59 | Moderately reduced kidney function. |
| 4 | 15-29 | Severely reduced kidney function. |
| 5 | <15 | Very severe or end stage kidney failure |

| Authorizing Provider | Result Type |
|---|---|
| Samuel A Saelee MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

(ABNORMAL) CBC w/ Differential (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 12.50 | 4.50 - 13.00 10*3/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| RBC | 5.39 | 4.32 - 5.72 10*6/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Hemoglobin | 16.2 | 13.5 - 17.5 g/dL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Hematocrit | 46.5 | 38.8 - 50.0 % | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| MCV | 86.2 | 81.2 - 95.1 fL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| MCH | 30.1 | 27.5 - 33.2 pg | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| MCHC | 34.9 | 33.4 - 35.5 g/dL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| RDW | 14.0 | 11.8 - 15.6 % | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Platelets | 289 | 150 - 450 10*3/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| MPV | 7.9 | 7.4 - 11.0 fL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Neutrophils (Relative) | 82.8 | % | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Lymphocytes (Relative) | 9.7 | % | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Monocytes (Relative) | 7.0 | % | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Eosinophils (Relative) | 0.3 | % | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Basophils (Relative) | 0.2 | % | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Neutrophils (Absolute) | 10.4 (H) | 1.7 - 7.0 10*3/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Lymphocytes (Absolute) | 1.2 | 0.9 - 2.9 10*3/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Monocytes (Absolute) | 0.9 | 0.3 - 0.9 10*3/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Eosinophils (Absolute) | 0.0 | 0.0 - 0.5 10*3/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |
| Basophils (Absolute) | 0.0 | 0.0 - 0.2 10*3/uL | | 01/27/2023 8:14 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | | | 01/27/2023 8:08 PM PST | 01/27/2023 8:09 PM PST |

| Authorizing Provider | Result Type | | |
|---|---|---|---|
| Samuel A Saelee MD | LAB BLOOD ORDERABLES | | |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

### proBNP (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| NT-PROBNP (PG/ML) | 15 | 0 - 125 pg/mL | | 01/27/2023 8:36 PM PST | GGH CLINICAL LABORATORY | |

Comment:

Please Note:

The following cut-points have been suggested for the use of NT-proBNP for the diagnostic evaluation of Heart Failure (HF) in patients with acute dyspnea:

| Modality | Age (years) | Optimal Cut Point |
|---|---|---|
| Diagnosis (rule in HF) | <50 | 450 pg/mL |
| | 50 - 75 | 900 pg/mL |
| | >75 | 1800 pg/mL |
| Exclusion (rule out HF) | Age independent | 300 pg/mL |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | | | 01/27/2023 8:08 PM PST | 01/27/2023 8:09 PM PST |

| Authorizing Provider | Result Type | | |
|---|---|---|---|
| Samuel A Saelee MD | LAB BLOOD ORDERABLES | | |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

Troponin I (01/27/2023 8:08 PM PST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HS Troponin I | 4 | 0 - <76 ng/L | | 01/27/2023 8:36 PM PST | GGH CLINICAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | | | 01/27/2023 8:08 PM PST | 01/27/2023 8:09 PM PST |

Narrative

**GGH CLINICAL LABORATORY - 01/27/2023 8:36 PM PST**
High-sensitivity Troponin I (hsTnI) assay can reliably detect low troponin concentrations relative to conventional troponin assays. It is the preferred marker of myocardial necrosis as recommended by the Fourth Universal Definition of Myocardial Infarction Guidelines.

The diagnosis of acute myocardial infarction (AMI) is made based on a rise or fall of troponin with at least one measurement exceeding the laboratory's upper limit of normal(indicating myocardial injury), in the context of reasonable suspicion for coronary ischemia (e.g. typical symptoms, changes on ECG, evidence for loss of myocardial function or demonstration of obstructive coronary artery disease).

NOTE: Although abnormal hsTnI values reflect INJURY to myocardial cells, an elevated hsTnI does not indicate the CAUSE of injury (i.e. ischemia versus non-ischemic disease).

In some cases, myocardial injury is chronic and relatively stable such that hsTnI values remain elevated but do not change substantially over hours to days (examples include chronic kidney disease, heart failure or advanced patient age).

When determining whether there has been a significant rise or fall of troponin on serial sampling, absolute change in troponin concentration has greater diagnostic accuracy for AMI than relative change criteria. A change of >7 ng/L over a 2-hour interval or a change of >10 ng/L over a 3-hour interval is suggested as a significant change. If the initial hsTnI is below or slightly above the 99th percentile upper reference limit, a 50% change from the baseline is considered significant. If the initial hsTnI is above the 99th percentile upper reference limit, a 20% change from the baseline value is considered significant.

| Authorizing Provider | Result Type |
|---|---|
| Samuel A Saelee MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| GGH CLINICAL LABORATORY | 12601 Garden Grove Blvd | Garden Grove, CA 92843 | |

Back to top of Lab Results

## Imaging Results - documented in this encounter

X-ray Chest 1 View (01/27/2023 9:31 PM PST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | N/A | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 01/30/2023 11:12 AM PST | |

Impressions
01/30/2023 11:12 AM PST

No acute cardiopulmonary disease.

Narrative
01/30/2023 11:12 AM PST
Procedure: XR CHEST 1 VIEW

History: SOB,

Comparison: None.

Technique: Single view of the chest.

Findings:

The lung parenchyma is clear. There are no pleural abnormalities.
Cardiomediastinal silhouette is normal.

Procedure Note
Chu, Jason S, MD - 01/30/2023
Formatting of this note might be different from the original.
Procedure: XR CHEST 1 VIEW

History: SOB,

Comparison: None.

Technique: Single view of the chest.

Findings:

The lung parenchyma is clear. There are no pleural abnormalities. Cardiomediastinal silhouette is normal.

IMPRESSION

No acute cardiopulmonary disease.

Procedure Note

Authorizing
Provider | Result Type
Samuel A Saelee | IMG DIAGNOSTIC IMAGING ORDERABLES
MD

## ECG Results - documented in this encounter

ECG 12 Lead (01/27/2023 8:04 PM PST)

| | Anatomical | Collection | | |
| Specimen (Source) | Location / Laterality | Method / Volume | Collection Time | Received Time |
| | | | 01/27/2023 8:04 PM PST | |

Impressions
ECS - 01/27/2023 8:04 PM PST

                         Garden Grove Hospital

                                    Test Date:     2023-01-27
Pat Name:      ROSARIO REYES       Department:    GGH ED
Patient ID:    GGH-103261394       Room:
Gender:        Male                Technician:    TT
DOB:           1974-10-22          Requested By:  SAMUEL SAELEE
Order Number:  40378414            Reading MD:    NARAYANAIYENGAR DEVARAJ
                               Measurements
Intervals                          Axis
Rate:          75                  P:             98
PR:            152                 QRS:           85
QRSD:          81                  T:             32
QT:            350
QTc:           391

                         Interpretive Statements
Sinus rhythm
Electronically Signed On 1-29-2023 7:52:42 PST by NARAYANAIYENGAR DEVARAJ

Authorizing
Provider | Result Type
Samuel A Saelee | ECG ORDERABLES
MD

Performing
Organization | Address | City/State/ZIP Code | Phone Number
ECS

## Visit Diagnoses - documented in this encounter

Diagnosis
Dyspnea - Primary
Other dyspnea and respiratory abnormality

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| None Pcp, Md, MD | PCP - General | | 1/27/23 | |

## Images - last updated on 2/16/2023

Insurance Card





1/27/2023
Hospital Encounter

After Visit Summary



1/27/2023
ED After Visit Sum...

## Patient Demographics

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 9371 IMPERIAL AVE *(Home)* GARDEN GROVE, CA 92844 | 657-250-5778 (Home) 657-250-5778 (Mobile) none@primehealthcare.com | English - Written (Preferred) | White / Hispanic or Latino | Single |

*Former (Feb. 05, 2017 - Jan. 26, 2023):*
12281 lesley st *(Home)* GARDEN GROVE, CA 92840

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Maria Janregui | Unknown | 657-250-5778 (Mobile) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **Md None Pcp, MD** (Jan. 27, 2023 - Present) | | Jan. 27, 2023 |
| Prime Healthcare | | |
| 3300 East Guasti Road | | |
| Ontario 91761 | | |

Custodian Organization

**PHS ORANGE COUNTY SERVICE AREA**
714-827-3000 (Work)
3033 W. Orange Street
Anaheim, CA 92804

| Encounter Providers | | Encounter Date |
|---|---|---|
| **Samuel A Saelee, MD** (Attending) | | Jan. 27, 2023 |
| 714-774-1450 (Work) | | |
| 1111 W La Palma Ave | | |
| Anaheim, CA 92801-2804 | | |
| Emergency Medicine | | |



| | |
|---|---|
| Huntington Beach<br>8041 Newman Ave.<br>Huntington Beach CA 92647-<br>7034 | Reyes, Rosario Adolfo<br>MRN: 383254, DOB: 10/22/1974, Sex: M<br>Visit date: 2/16/2023 |

**02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine**

Clinical Notes

Progress Notes

Wu, Sidney, MD at 2/16/2023 1440

# AltaMed
## QUALITY CARE WITHOUT EXCEPTION™

| Patient Name | RJ Adolfo Reyes |
|---|---|
| MRN | 383254 |
| DOB / Age / Sex | 10/22/1974 / 48 y.o. / male |

Encounter Date: 2/16/2023

**Chief Complaint**
Patient presents with
- Follow-up
    *Er visit gg hospital*

**HPI:**
HPI
In spite of moving 3x (HB, Westminster, Westminster, now Garden Grove)
Room broken into, sprayed chemical onto bed, desk, tampered with food.
Resulted with nausea, vomiting, somnolence, nausea, dizziness, eye watering
Nothing stolen

Went to hospital 1/27/2023
All blood work done but "unable to detect forensic toxins"

Abnormal x-ray

S/shx:
lives with roommates in a house (good relationships)
Made police report, esp as caught on video
No bad actors, associates, crime involvement
Trying to start car dealership business
No n/e/d

FHx:

| | |
|---|---|
| Huntington Beach | Reyes, Rosario Adolfo |
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 2/16/2023 |

**02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)**

**Clinical Notes (continued)**

Reviewed:
1/27/2023:
Nomr/neg: bnp, tnl, uds, cbc, etoh, acetaminophen, salicylate, bmp

CXR prominent perihilar markings

**ROS:**
Review of Systems
Constitutional: Negative for activity change, appetite change and fever.
HENT: Negative for ear pain and sore throat.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea. Negative for abdominal pain, constipation, diarrhea and vomiting.
Genitourinary: Negative for dysuria.
Skin: Negative for rash.
Neurological: Negative for weakness and headaches.

**PMH/PSH:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Scoliosis | |

History reviewed. No pertinent surgical history.
**Fhx:**
**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Diabetes | Mother | | |
| • Hyperlipidemia | Mother | | |
| • No Known Problems | Father | | |

**S/SHx:**
**Social History**

Socioeconomic History
| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
• Not on file

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 2/16/2023

**02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)**

**Clinical Notes (continued)**

Tobacco Use
- Smoking status:                          Never
- Smokeless tobacco:                    Never

Vaping Use
- Vaping Use:                                Never used

Substance and Sexual Activity
- Alcohol use:                               Not Currently
- Drug use:                                    Never
- Sexual activity:                           Yes
    Birth control/protection:          None

Other Topics                                  Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Social History**

Social History Narrative
- Not on file

**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| - Clindamycin | Anxiety and Nausea Only |
| - Penicillins | Shortness of breath and Swelling |
| - Naproxen | |
| *Upset stomach* | |
| - Pineapple | |

**Medications:**

Current Outpatient Medications:

| Huntington Beach | Reyes, Rosario Adolfo |
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 2/16/2023 |

**02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)**

**Clinical Notes (continued)**

• cyclobenzaprine 5 mg tablet, TAKE 1 TABLET BY MOUTH THREE TIMES DAILY FOR MUSCULOSKELETAL PAIN, Disp: , Rfl:
• DOK 100 mg capsule, TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR CONSTIPATION, Disp: , Rfl:
• lidocaine 5 % patch, , Disp: , Rfl:
• meloxicam 7.5 mg tablet, TAKE 1 (7.5MG TOTAL)TABLET BY MOUTH ONCE DAILY, Disp: 90 tablet, Rfl: 0

**Physical Exam:**
**Visit Vitals**

| | |
| --- | --- |
| BP | 124/83 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult long) |
| Pulse | 102 |
| Temp | 98.2 °F (36.8 °C) (Tympanic) |
| Resp | 12 |
| Wt | 86.9 kg (191 lb 9.6 oz) |
| SpO2 | 99% |
| BMI | 27.49 kg/m² |
| Smoking Status | Never |
| BSA | 2.07 m² |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds. No murmur heard.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
  General: Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Genitourinary:
  Penis: Normal.
  Testes: Normal.
Musculoskeletal:
  Cervical back: Normal range of motion and neck supple. No rigidity or tenderness.
  Right lower leg: No edema.
Lymphadenopathy:
  Cervical: No cervical adenopathy.
Skin:

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 2/16/2023

**02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)**

**Clinical Notes (continued)**

Findings: No rash.
Neurological:
Coordination: Coordination normal.
Gait: Gait normal.

**Assessment/Plan:**
**Problem List Items Addressed This Visit**

Symptoms And Signs
**Fatigue**
**Other Visit Diagnoses**
**Toxin exposure**   - Primary
Relevant Orders
Lead (Venous)
Heavy metals, blood

**Screen for colon cancer**
Relevant Orders
Cologuard

**Nausea**
**Dizziness**
**Watery eyes**
**Dyspnea, unspecified type**
Relevant Orders
XRAY CHEST - 2 VIEWS (AP AND LATERAL)

Follow up: Follow up in about 2 months (around 4/16/2023).
Please see AVS patient instructions for further assessment/plan.
Counseling Performed:
Dietary and physical activity counseling provided.
Tobacco cessation counseling provided and available treatment options discussed.

**SIDNEY WU, MD**
2/16/2023
3:40 PM

*Risks and benefits of telehealth service were reviewed with patient whose identity was verified, and consented to*
*TELEHEALTH visit. This visit is medically necessary and clinically appropriate. This was a Phone visit Patient was AT*
*HOME at time of visit.  I spent 25 minutes in consultation via telephone.*

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 2/16/2023

## 02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)

### Clinical Notes (continued)

Electronically signed by Wu, Sidney, MD at 2/16/2023  3:41 PM

### Labs

#### Cologuard (Final result)

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 23C048-001701 | Stool | Per Rectum | 03/19/23 1600 |

**Cologuard**                                                    Resulted: 03/28/23 1713, Result status: Final result

Ordering provider: Wu, Sidney, MD  02/16/23 1445          Order status: Completed
Filed by: Interface, Results Anywhere In  03/28/23 1729   Collected by: 03/19/23 1600
Resulting lab: EXACT SCIENCES LABORATORIES (CLIA #:52D2072838)
Acknowledged by: Wu, Sidney, MD on 05/05/23 2202

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cologuard Result Reportable | Negative | Negative | — | 38 |

Comment:

NEGATIVE TEST RESULT. A negative Cologuard result indicates a low likelihood that a colorectal cancer (CRC) or advanced adenoma (adenomatous polyps with more advanced pre-malignant features) is present. The chance that a person with a negative Cologuard test has a colorectal cancer is less than 1 in 1500 (negative predictive value >99.9%) or has an advanced adenoma is less than 5.3% (negative predictive value 94.7%). These data are based on a prospective cross-sectional study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297) The normal value (reference range) for this assay is negative.

COLOGUARD RE-SCREENING RECOMMENDATION: Periodic colorectal cancer screening is an important part of preventive healthcare for asymptomatic individuals at average risk for colorectal cancer. Following a negative Cologuard result, the American Cancer Society and U.S.
Multi-Society Task Force screening guidelines recommend a Cologuard re-screening interval of 3 years.
References: American Cancer Society Guideline for Colorectal Cancer Screening: https://www.cancer.org/cancer/colon-rectal-cancer/detection-diagnosis-staging/acs-recommendations.html.; Rex DK, Boland CR, Dominitz JK, Colorectal Cancer Screening: Recommendations for Physicians and Patients from the U.S. Multi-Society Task Force on Colorectal Cancer Screening , Am J Gastroenterology 2017; 112:1016-1030.

TEST DESCRIPTION: Composite algorithmic analysis of stool DNA-biomarkers with hemoglobin immunoassay. Quantitative values of individual biomarkers are not reportable and are not associated with individual biomarker result reference ranges. Cologuard is intended for colorectal cancer screening of adults of either sex, 45 years or older, who are at average-risk for colorectal cancer (CRC). Cologuard has been approved for use by the U.S. FDA. The performance of Cologuard was established in a cross sectional study of average-risk adults aged 50-84. Cologuard performance in patients ages 45 to 49 years was estimated by sub-group analysis of near-age groups. Colonoscopies performed for a positive result may find as the most clinically significant lesion: colorectal cancer [4.0%], advanced adenoma (including sessile serrated polyps greater than or equal to 1cm diameter) [20%] or non- advanced adenoma [31%]; or no colorectal neoplasia [45%]. These estimates are derived from a prospective cross-sectional screening study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297.) Cologuard may produce a false negative or false positive result (no colorectal cancer or precancerous polyp present at colonoscopy follow up). A negative Cologuard test result does not guarantee the absence of CRC or advanced adenoma (pre-cancer). The current Cologuard
screening interval is every 3 years. (American Cancer Society and U.S. Multi-Society Task Force). Cologuard performance data in a 10,000 patient pivotal study using colonoscopy as the reference method can be accessed at the following location: www.exactlabs.com/results. Additional description of the Cologuard test process, warnings and precautions can be found at www.cologuard.com.

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 2/16/2023

## 02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 38 - Unknown | EXACT SCIENCES LABORATORIES (CLIA #:52D2072838) | Jennifer Laffin, Ph.D., FACMG | 145 E. Badger Rd. MADISON WI 53713 | 08/26/22 0918 - Present |

**Indications**

Screen for colon cancer [Z12.11 (ICD-10-CM)]

**All Reviewers List**

Wu, Sidney, MD on 5/5/2023 22:02



Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 3/13/2023

## 03/13/2023 - Orders Only in Alta Medical Group Huntington Beach Family Medicine

Imaging

### Imaging

#### XRAY CHEST - 2 VIEWS (AP AND LATERAL) (Final result)

Electronically signed by: **Wu, Sidney, MD on 02/16/23 1537**                                          Status: **Completed**
Ordering user: Wu, Sidney, MD 02/16/23 1537          Ordering provider: **Wu, Sidney, MD**
Authorized by: **Wu, Sidney, MD**                                Ordering mode: **Standard**
Frequency: **Routine** 02/16/23 -                               Class: **Clinic Performed**
Quantity: **1**                                                              Lab status: **Final result**
Indications comment: prominent hilar markings           Instance released by: Lemus, Mayte 3/13/2023  2:20 PM
Diagnoses
Dyspnea, unspecified type [R06.00]

#### XRAY CHEST - 2 VIEWS (AP AND LATERAL)                    Resulted: 03/13/23 0855, Result status: Final result

Ordering provider: **Wu, Sidney, MD**  03/13/23 1420          Order status: **Completed**
Filed by: **Interface, Ris Results In**  03/13/23 1421          Accession number: **5006309758**
Resulting lab: **UMI**
Acknowledged by: **Wu, Sidney, MD** on 03/13/23 2258

VIEW NARRATIVE RESULT PDF (below)



| Huntington Beach | Reyes, Rosario Adolfo |
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647-7034 | Visit date: 7/10/2023 |

## 07/10/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine

**Clinical Notes**

**Progress Notes**

Malagon-Bon, Priscilla, NP at 7/10/2023 1545

### AltaMed Visit Note
Quality Care Without Exception
*HB FAMILY MEDICINE*

**Date of Visit:** 7/10/23

**Subjective**
**Patient ID:** RJ Adolfo Reyes is a 48 y.o. male.

**Patient Active Problem List**
Diagnosis
- Mixed hyperlipidemia
- Neuroforaminal stenosis of lumbar spine
- Overweight
- Fatigue
- Cervical spinal stenosis
- Hyporeflexia
- Back strain
- HSV-1 (herpes simplex virus 1) infection

**Chief Complaint**
Patient presents with
- Chemical Exposure
  *Nausea, shortness of breath, nasal congestion and dizziness for 1 day*

There is a spray coming into his home from the vents
Dizziness, nausea, watery eyes, shortness of breath,

The following portions of the patient's chart were reviewed in this encounter and updated as appropriate:  Tobacco | Allergies | Meds | Problems | Med Hx | Surg Hx | Fam Hx |

Review of Systems
HENT: Positive for congestion, rhinorrhea and sore throat.
Eyes: Positive for discharge, redness and itching.
Respiratory: Positive for shortness of breath.
All other systems reviewed and are negative.

**Objective**
Blood pressure 130/89, pulse (!) 114, temperature 97.7 °F (36.5 °C), temperature source Oral, resp. rate 20, weight 84.5

| | |
|---|---|
| Huntington Beach | Reyes, Rosario Adolfo |
| 8041 Newman Ave. | MRN: 383254, DOB: 10/22/1974, Sex: M |
| Huntington Beach CA 92647- | Visit date: 7/10/2023 |
| 7034 | |

**07/10/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)**

Clinical Notes (continued)

kg (186 lb 3.2 oz), SpO2 99 %.
**Physical Exam**
Vitals reviewed.
Constitutional:
  Appearance: Normal appearance. He is normal weight.
HENT:
  Right Ear: Tympanic membrane is erythematous.
  Left Ear: Tympanic membrane is erythematous.
  Nose: Congestion and rhinorrhea present.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Tongue: No lesions.
  Palate: No lesions.
  Pharynx: Posterior oropharyngeal erythema present.
Eyes:
  Extraocular Movements: Extraocular movements intact.
  Conjunctiva/sclera:
  Right eye: Right conjunctiva is injected.
  Left eye: Left conjunctiva is injected.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Abdomen is flat. Bowel sounds are normal.
  Palpations: Abdomen is soft.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

**Assessment/Plan**
Diagnoses and all orders for this visit:
**Exposure to chemical inhalation**
**Rhinitis, unspecified type**

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 7/10/2023

## 07/10/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)

**Clinical Notes (continued)**

Comments:
    due to chemical exposure

Orders:
-    fluticasone propionate 50 mcg/actuation nasal spray; Administer 2 sprays into each nostril 1 (one) time each day. Shake gently. Before first use, prime pump. After use, clean tip and replace cap.
-    ketotifen 0.025 % (0.035 %) ophthalmic solution; Administer 1 drop into both eyes in the morning and 1 drop in the evening. Do all this for 10 days.
-    albuterol HFA 90 mcg/actuation inhaler; Inhale 2 puffs every 4 (four) hours if needed for wheezing or shortness of breath.
-    loratadine 10 mg tablet; Take 1 tablet (10 mg total) by mouth 1 (one) time each day if needed for allergies.

**Shortness of breath**

Diagnosis, work up, findings, treatment plan, and medication side effects, were discussed with patient/parent.
Discussed signs and symptoms that would warrant a return visit to see a healthcare professional, ER visit, and 911 call.
Patient/parent indicated understanding of instructions and agree to plan of care.
Follow up in 2-3 weeks

Counseling Performed:
Dietary and physical activity counseling provided.

Follow up in about 3 weeks (around 7/31/2023).

Priscilla Malagon-Bon, NP 7/10/2023 5:37 PM
HB FAMILY MEDICINE

Electronically signed by Malagon-Bon, Priscilla, NP at 7/10/2023  5:37 PM

Exhibit P





**Eric Aguayo**
Service Advisor
**657 231-5592**
eaguayo@penskeautomotive.com

**Audi South Coast**
1425 Auto Mall Drive
Santa Ana, California 92705
**657 231-5500**
**Fax: 714 426-8778**
www.audisouthcoast.com

A *PENSKE* AUTOMOTIVE DEALERSHIP

**Audi**



# Audi South Coast

1425 Auto Mall Drive
Santa Ana, CA 92705
(657) 231-5500
www.audisouthcoast.com



287044

**RECOMMENDED SERVICES**

BAR# ARD267467     EPA# CAL000368302

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SERVICE HISTORY**

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| monday 8/23/21 | | | | | | | |

SALESPERSON NO.     S E R V I C E     STATE REG# BAR ID#ARD002674

| VEHICLE I.D. NO. | YEAR/MAKE/MODEL | | PRODUCTION DATE | STOCK NO. | LICENSE NO. | R.O. NO. |
|---|---|---|---|---|---|---|
| WAUJC68E44A000840 | 04/AUDI/A4/4DR SDN FWD AMT | | | | | 287044 |

RJ REYES
7732 LIBERTY DR
#B
HUNTINGTON BEACH, CA 92647

| CUSTOMER NO. 91801 | SERVICE CONTRACT | DELIVERY DATE | DELIVERY MILES | SELLING DEALER NO. | I.O. DATE 08/23/21 |
| CONTRACT NO. | | | EXPIRATION DATE | EXPIRATION MILES | 4032 |
| COLOR | | | | | |

| TURBO Y | M/MC AUZZ | AIR COND. Y | P.S. Y | TRANS A | MILEAGE 92,381 | ADVISOR NO. 33740 | ADVISOR ERIC AGUAYO |

RESIDENCE PHONE     BUSINESS PHONE

I hereby authorize the repair work to be done by you, together with the furnishing by you of the necessary parts and other material for such repair. I agree with the terms and conditions on the front and back sides hereof and I further acknowledge that the employees of the Dealer may operate the above vehicle, including on streets and highways, for testing and/or inspecting my vehicle. I acknowledge receiving a copy of this document.

| TIME RECEIVED 04:13pm | DATE/TIME PROMISED 08-xx-21  07:00pm | PRIORITY 40 |

8/24

X _____ Date _____

APPOINTMENT
☐ Yes
☒ No

CELL: 657-250-5778

X _____

**JOB**

ORIGINAL CUSTOMER ESTIMATE:     TOTAL     189.00

X _____

1  C  68AUZ          **INTERIOR EQUIPMENT**
CUSTOMER STATES THE REAR WINDOWS DONT ROLL DOWN WITH DRIVERS MAIN DOOR SWITCH.

2  C  68AUZ01          **INT TRIM CONCERN**
CUSTOMER STATES THE HEATED SEATS TURN ON RANDOMLY WHILE DRIVING - CLICKING NOISE COMING FROM SEATS. - BACK SEAT TRIM CAME LOSE

3  C  10AUZ          **ENGINE ASSEMBLY**
CUSTOMER STATES THE VEHICLE ENGINE JUST CRANKS BUT DOENST TURN ON, CUSTOMER HAS TO TRY IT A SECOND TIME AND THEN IT WILL TURN ON

ALL PARTS INSTALLED ARE NEW UNLESS OTHERWISE SPECIFIED.

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON EITHER BACK SIDE OR LAST PAGE HEREOF**

Customer agrees that this Agreement includes all of the terms and conditions on the **front and either back side or last page hereof**, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this document.

I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Arbitration Agreement. Customer agrees that Customer or Dealership may elect to resolve any dispute by binding arbitration pursuant to the Arbitration Provision on either the back side or last page of this document.

X _____

Customer Initials: _____ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

I agree to notify the Dealership immediately if I change or obtain a new phone number, or if I no longer maintain the phone number provided. I understand that I may revoke this consent at any time by contacting the Dealership at the number above.

For AAA members, the coverage period of the limited warranty provided on the back side or last page of this Repair Order is extended to 2 years or 24,000 miles for parts and labor ("Extended Coverage Period") from the date of the original repair, whichever comes first. The Extended Coverage Period does not apply to any filters, brake or clutch friction material, tire wear, or any repair requiring replacement due to normal wear and tear. The Extended Coverage Period is only applicable to AAA members who provide valid proof of AAA membership at the time the repair is authorized. All other terms of the limited warranty remain in full force and effect.

"Service Advisor: Initial here _____ if customer provided proof of AAA membership."

| REVISED ESTIMATE (1) | DATE | TIME | AM PM | REASON | |
| | BY PHONE | IN PERSON | | SERVICE ADVISOR | PERSON CONTACTED |
| REVISED ESTIMATE (2) | DATE | TIME | AM PM | REASON | |
| | BY PHONE | IN PERSON | | SERVICE ADVISOR | PERSON CONTACTED |

PAGE 1 OF 2



CUSTOMER COPY     [CONTINUED ON NEXT PAGE]     287044

1101J287044



287044



287044

## Audi South Coast

1425 Auto Mall Drive
Santa Ana, CA 92705
(657) 231-5500
www.audisouthcoast.com

BAR# ARD267467          EPA# CAL000368302

**RECOMMENDED SERVICES**

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**SERVICE HISTORY**

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

SALESPERSON NO.                    S E R V I C E                    STATE REG# BAR ID#ARD002674

| VEHICLE I.D. NO. | YEAR/MAKE/MODEL | | PRODUCTION DATE | STOCK NO. | LICENSE NO. | R.O. NO. |
|---|---|---|---|---|---|---|
| WAUJC68E44A000840 | 04/AUDI/A4/4DR SDN FWD AMT | | | | | 287044 |

RJ REYES
7732 LIBERTY DR
#B
HUNTINGTON BEACH, CA 92647

| CUSTOMER NO. | SERVICE CONTRACT | DELIVERY DATE | DELIVERY MILES | SELLING DEALER NO. | R.O. DATE |
|---|---|---|---|---|---|
| 91801 | | | | | 08/23/21 |

| COLOR | | | | | CONTRACT NO. | | EXPIRATION DATE | EXPIRATION MILES | TAG NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 4032 |

| TURBO | M/MC | AIR COND. | P.S. | TRANS | MILEAGE | ADVISOR NO. | ADVISOR |
|---|---|---|---|---|---|---|---|
| Y | AUZZ | Y | Y | A | 92,381 | 33740 | ERIC AGUAYO |

RESIDENCE PHONE          BUSINESS PHONE

I hereby authorize the repair work to be done by you, together with the furnishing by you of the necessary parts and other material for such repair. I agree with the terms and conditions on the front and back sides hereof and I further acknowledge that the employees of the Dealer may operate the above vehicle, including on streets and highways, for testing and/or inspecting my vehicle. I acknowledge receiving a copy of this document.

| TIME RECEIVED | DATE/TIME PROMISED | | PRIORITY |
|---|---|---|---|
| 04:13pm | 08/23/21   07:00pm | | 40 |

X _____   Date _____

APPOINTMENT
☐ Yes
☒ No

CELL: 657-250-5778

**JOB**

4  C  69AUZ          ***AIRBAGS/SEAT SELTS***
CUSTOMER STATES THE HEADLINER TRIM POPPING OUT TOP LEFT
DRIVERS SIDE.

5  C  02AU27PTINS          ***27 POINT INSPECTION***
PLEASE PERFORM 27 VEHICLE INSPECTION

6  C  00AUZZTIRECKY          ***CK TIRE PRESSURES***
PERFORM TIRE PRESSURE INSPECTION, ALL TIRES INCLUDING SPARE
IF APPLICABLE.

7  C  02AUZZTOUCHLESS          ***TOUCHLESS SERVICE***

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON EITHER BACK SIDE OR LAST PAGE HEREOF**

Customer agrees that this Agreement includes all of the terms and conditions on the **front and either back side or last page hereof**, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this invoice.

I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Arbitration Agreement. Customer agrees that Customer or Dealership may elect to resolve any dispute by binding arbitration pursuant to the Arbitration Provision on either the back side or last page of this document.

X _____

Customer Initials: _____ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

I agree to notify the Dealership immediately if I change or obtain a new phone number, or if I no longer maintain the phone number provided. I understand that I may revoke this consent at any time by contacting the Dealership at the number above.

For AAA members, the coverage period of the limited warranty provided on the back side or last page of this Repair Order is extended to 2 years or 24,000 miles for parts and labor ("Extended Coverage Period") from the date of the original repair, whichever comes first. The Extended Coverage Period does not apply to any filters, brake or clutch friction material, tire wear, or any repair requiring replacement due to normal wear and tear. The Extended Coverage Period is only applicable to AAA members who provide valid proof of AAA membership at the time the repair is authorized. All other terms of the limited warranty remain in full force and effect.

"Service Advisor: Initial here _____ if customer provided proof of AAA membership."

| REVISED ESTIMATE (1) | DATE | TIME | | REASON | |
|---|---|---|---|---|---|
| | | | AM PM | | |
| | BY PHONE | IN PERSON | | SERVICE ADVISOR | PERSON CONTACTED |

| REVISED ESTIMATE (2) | DATE | TIME | | REASON | |
|---|---|---|---|---|---|
| | | | AM PM | | |
| | BY PHONE | IN PERSON | | SERVICE ADVISOR | PERSON CONTACTED |

ALL PARTS INSTALLED ARE NEW UNLESS OTHERWISE SPECIFIED.

1101J287044

CUSTOMER COPY

287044

Exhibit U



**jiffy lube®**
www.jiffylube.com

Jiffy Lube #1579
Alamitos Partners, LLC
6011 WESTMINSTER BLVD.
WESTMINSTER, CA  92683
(714) 899-2727
EPA # CAL000374776
BAR # ARD00270426
LIC # 64222

WORK ORDER #: 149
DATE: 04/14/22 06:04 PM
INVOICE #: 370235810

*BMW -oil change*

| CUSTOMER INFORMATION | VEHICLE INFORMATION | |
|---|---|---|
| GAYREGUI RJAY | 2004 | LICENSE PLATE: CA-5KNH449 |
| | BMW | VIN: WBAAZ33494KP90576 |
| WESTMINSTER , CA , 92683 | 325i | MILEAGE: 170,864 |
| (657) 250-5776 | 2.5L 6Cyl (M54) Fuel Injected | |

| DESCRIPTION | PARTS $ | LABOR $ | UOM | QTY | UNIT COST | PRICE |
|---|---|---|---|---|---|---|
| SIG SERV CUSTOMER CONVENTIONAL | | | | | | 37.99 |
| CUSTOMERS OIL FILTER | | | Each | 1.00 | | |
| CUSTOMERS MOTOR OIL | | | Each | 5.00 | | |
| LABOR | | 37.99 | | 1.00 | | |

### SERVICE CHECKLIST

| | | | |
|---|---|---|---|
| CHANGE OIL | OWN OIL | CHANGE OIL FILTER | OWN FILTER |
| AIR FILTER | GOOD COND. | CHECK WIPER BLADES | GOOD COND. |
| VACUUM FLOORS | COMPLETED | WASH EXTERIOR WINDOWS | COMPLETED |
| LUBRICATE CHASSIS | SEALED | CHECK/FILL TRANS./TRANSAXLE FL | LEVEL FULL |
| CHECK/FILL DIFF/FINAL DR. FL. | LEVEL FULL | CHECK/FILL PWR. STEERING FLUID | LEVEL FULL |
| CHECK/FILL WINDSHIELD WASH FLU | ADDED | CHECK/FILL BATTERY WATER | LEVEL FULL |
| INFLATE TIRES TO PROPER PRESS. | F35 R35 | LIGHTING SYSTEM | OK |
| BRAKE FLUID LEVEL | LEVEL FULL | SERPENTINE BELT | GOOD COND. |
| RADIATOR FLUID LEVEL | LEVEL FULL | OIL LEVEL ON ARRIVAL | OPERATING RANGE |

### SERVICE COMMENTS

QUALITY INSPECTION BY R. VELOZ
GUEST HAS BEEN ADVISED OF OEM
WE APPRECIATE YOUR BUSINESS!
FRONT BRAKE REPLACE ASAP

### ESTIMATE EXCEEDED

I acknowledge notice and oral approval of an increase in the original estimated price.

_____
Customer Signature

### SERVICE HISTORY

| DATE | LOCATION | MILEAGE | SERVICES |
|---|---|---|---|
| 01/12/2022 | 1991 | 158346 | FVI |

### SERVICES PERFORMED BY:

| UPPER BAY: | ANTHONY M. | LOWER BAY: | JORGE G. |
|---|---|---|---|
| CSA: | ANTHONY M. | TL: | ROBERTO V. |
| CT: | ROBERTO V. | CASHIER: | ROBERTO V. |

### PAYMENT INFORMATION

| | |
|---|---|
| PARTS TOTAL | 0.00 |
| LABOR TOTAL | 37.99 |
| GROSS SALES | 37.99 |
| NET SALES | 37.99 |
| TOTAL DUE | USD$ 37.99 |
| CREDIT CARD | USD$ 37.99 |
| CAPITAL ONE | ************8494 |
| APPROVAL/REF # | 00229Z/020439 |
| CHIP READ | |
| PAYMENT NETWORK | MASTERCD |
| MODE | ISSUER |
| AID | A0000000041010 |

_____
Please Sign Here
AUTHORIZED AND RECEIVED BY

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown here on and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer

### MESSAGES

WE STRIVE TO DELIVER EXCELLENCE TO EVERY GUEST EVERY
TIME. THANK YOU FOR CHOOSING JIFFY LUBE 1579
ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

# jiffy lube®

www.jiffylube.com

Jiffy Lube # 1074
Alamitos Partners, LLC
6011 WESTMINSTER BLVD.
WESTMINSTER, CA  92683
(714) 899-2727
EPA # CAL000374776
BAR # ARD00270426
LIC # 64222

WORK ORDER # 489
DATE: 04/14/22 06:04 PM

INSPECTION

| CUSTOMER INFORMATION | VEHICLE INFORMATION | |
|---|---|---|
| GAYREGUI RJAY | 2004 | LICENSE PLATE: CA-5KNH449 |
| | BMW | VIN: WBAAZ33494KP90576 |
| WESTMINSTER , CA , 92683 | 325i | MILEAGE: 170,864 |
| (657) 250-5776 | 2.5L 6Cyl (M54) Fuel Injected | |

| EXTERIOR | CONDITION | COMMENTS |
|---|---|---|
| LEFT WIPER | CHECKED AND OK | |
| RIGHT WIPER | CHECKED AND OK | |
| FRONT LIGHTS | CHECKED AND OK | |
| REAR LIGHTS | CHECKED AND OK | |
| HEADLIGHT CLEANING | CHECKED AND OK | |
| WINDSHIELD CONDITION | CHECKED AND OK | |
| REAR WIPERS | CHECKED AND OK | |

| UNDER THE HOOD | CONDITION | COMMENTS |
|---|---|---|
| ENGINE OIL LEVEL | CHECKED AND OK | |
| ENGINE AIR FILTER | CHECKED AND OK | |
| CABIN AIR FILTER | CHECKED AND OK | |
| BELTS | CHECKED AND OK | |
| COOLANT LEVEL | CHECKED AND OK | |
| UNDER HOOD COMMENTS | CHECKED AND OK | |
| BATTERY TEST RESULTS | CHECKED AND OK | |
| BATTERY TERMINAL CLEANING | CHECKED AND OK | |
| BRAKE FLUID TEST RESULTS | CHECKED AND OK | |

| UNDER THE VEHICLE | CONDITION | COMMENTS |
|---|---|---|
| UNDER VEHICLE COMMENTS | CHECKED AND OK | |
| LEFT BRAKE PAD - FRONT | CHECKED AND OK | |
| RIGHT BRAKE PAD - FRONT | CHECKED AND OK | |
| LEFT BRAKE PAD - REAR | CHECKED AND OK | |
| RIGHT BRAKE PAD - REAR | CHECKED AND OK | |

The vehicle inspection results listed above are based on the conditions recorded at the time of service and do not reflect any services completed during this visit.
Please contact the store with any questions about inspected items.

©2015 Jiffy Lube International, Inc. All Rights Reserved.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

Exhibit V

