UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 23-1633-MWF (AJRx)          **Date:** October 19, 2023

**Title:** Rosario Adolfo Reyes Jauregui v. Department of Homeland Security et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):**      ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [6]

Before the Court is Plaintiff Rosario Adolfo Reyes Jauregui's Motion for Preliminary Injunction, filed on October 10, 2023. (Docket No. 6). No Opposition or Reply has been filed.

The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

For the reasons stated below, the Motion is **DENIED**.

A preliminary injunction may not issue without notice to the adverse party. Fed. R. Civ. P. 65(a)(1); *see also* Local Rule 65-1 ("Proof of service of a motion for preliminary injunction must demonstrate that all adverse parties have been notified."); *Inland Empire Enters., Inc. v. Morton*, 365 F. Supp. 1014, 1018 (C.D. Cal. 1973) (declining to reach merits of an application for preliminary injunction where the plaintiff failed to give notice to the defendants). The purpose of the notice requirement is to give defendants a fair opportunity to oppose the request for a preliminary injunction. *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 433 n.7 (1974).

Nothing in the Motion shows that Plaintiff has provided Defendants with proper notice of his request for a preliminary injunction as required under Rule 65(a). There is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 23-1633-MWF (AJRx)          **Date:** October 19, 2023
**Title:** Rosario Adolfo Reyes Jauregui v. Department of Homeland Security et al.

also no proof of service of the Motion on file with this Court. Therefore, the Motion is **DENIED**.

    IT IS SO ORDERED.