Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of California   ▾

_____ Division

<table>
<tr><td>FILED</td></tr>
<tr><td>CLERK, U.S. DISTRICT COURT</td></tr>
<tr><td>12/1/23</td></tr>
<tr><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>BY: _____ eee _____ DEPUTY</td></tr>
</table>

Rosario Adolfo Reyes Jauregui

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

United States
Doe's #1-3
David Hoang

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No.   CV-01633-MWF-(AJR)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes  ☐ No

Civil Rights Complaint for Damages Pursuant to 42 USC 1983

[First Amended Complaint]

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Rosario Adolfo Reyes Jauregui |
| Street Address | PO BOX 2355 |
| City and County | Huntington Beach |
| State and Zip Code | California, 92647 |
| Telephone Number | |
| E-mail Address | rjreyesrealtor@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | United States |
| Job or Title *(if known)* | |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington, D.C. |
| State and Zip Code | 20530-0001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Does #1, #2, and #3 |
| Job or Title *(if known)* | |
| Street Address | Unknown |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | David Hoang |
| Job or Title *(if known)* | |
| Street Address | 15181 Bucknell Circle |
| City and County | Westminster |
| State and Zip Code | CA. 92683 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983: 4th Amendment, 5th Amendment, 8th Amendment, 14th Amendment; 18 USC 241; 18 USC 242

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

[SEE ATTACHED]

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is seeking: 1) money damages in the amount of $165,000 for medical expenses, lost wages, and damage to personal property, and 2) Preliminary Injunction against Defendants
Wrongs are on-going at the present time.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                12/01/2023

Signature of Plaintiff

Printed Name of Plaintiff        Rosario Adolfo Reyes Jauregui

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## III. STATEMENT OF CLAIM

Since May 2021 to November 2023, Plaintiff's vehicles and residence have been vandalized and broken into by defendants who are "significant state actors" and who are being directed to not only harass the Plaintiff but to batter the Plaintiff and damage his personal belongings on an ongoing basis until today. Defendants are targeting the Plaintiff at his residence and in public. Plaintiff alleges that defendants are working as "state actors" and intends to pursue their identities through the Discovery process.

**Plaintiff has the following claims for civil rights violations pursuant to 42 U.S.C. 1983:**

### 1) Claim 1: Harassment (Viol. of 4th, 5th, and 14th Amendments)

(a) Agents working as state actors for the *United States* have been harassing the Plaintiff on a daily basis from May 2021 to November 2023 in Orange County, CA. in violation of the 4th Amendment, 5th Amendment, and 14th Amendment to the U.S. Constitution. Agents have been using electronic surveillance, including imagery type of devices to view the Plaintiff in his bedroom and bathroom at Plaintiff's last 4 residences as illegal "searches" without a warrant (*Kyllo v. U.S.*). Agents have used these surveillance devices in coordination with other actors in order to harass the Plaintiff by then breaking in on a daily basis into Plaintiff's residence without a warrant. Plaintiff intends to pursue the identities of these defendants through the Discovery process. The Plaintiff was harmed by agents violating his right to privacy, right to "unreasonable searches," and other related claims as stated below. By harassing the Plaintiff, the *United States* caused the Plaintiff to be deprived of his 4th Amendment rights against "unreasonable searches" with harm and injury to the Plaintiff, 5th Amendment right against deprivation of "life, liberty, or property without due process of law," and 14th Amendment right for "equal protection of the laws" of the United States, entitling the Plaintiff to relief from the Court.

(b) Defendants Jane Doe #1, John Doe #2, David Hoang, and John Doe #3 (all significant state actors) harassed the Plaintiff on a daily basis from March 2022 to

1

November 2023 by breaking and entering into his residences without a warrant in Westminster, CA. and Garden Grove, CA. and stalking the Plaintiff throughout Orange County in violation of the 4th Amendment, 5th Amendment, and 14th Amendment to the U.S. Constitution. In addition, on 10-21-22, Jane Doe #1 sprayed a 'bullet-hole pattern' (harassment) with a chemical aerosol spray in one of the Plaintiff's dress shirts as a death threat [Exhibit A]. Moreover, on multiple occasions, David Hoang and John Doe #3 placed bandsaws next to Plaintiff's window to prevent the Plaintiff from sleeping and therefore causing a loss of wages. As a result of the defendants' conduct, the Plaintiff was harmed by being harassed and suffering loss of wages in the amount of **$30,000**. By breaking and entering on a daily basis and harassing the Plaintiff, defendants Jane Doe #1, John Doe #2, David Hoang, and John Doe #3 caused the Plaintiff to be deprived of his 4th Amendment rights against "unreasonable searches and seizures;" 5th Amendment right against deprivation of "life, liberty, or property without due process of law;" and 14th Amendment right for "equal protection of the laws" of the United States, entitling the Plaintiff for relief from the Court.

## 2) Claim 2: Battery (Viol. of 5th and 14th Amendments)

(a) Agents working as significant state actors for the defendant *United States* have not only broken into Plaintiff's last 4 residences in Orange County as well as his personal vehicles on a daily basis from May 2021 until today November 2023, they have also violated the Plaintiff's civil rights by battering the Plaintiff with toxic sprays and substances (chemical aerosol sprays, biowaste, human hairs, etc.) in violation of the 5th and 14th Amendments to the U.S. Constitution. Plaintiff intends to pursue the identities of these agents through the Discovery process. By doing these things, agents working for the *United States* violated Plaintiff's civil rights by causing the Plaintiff to be deprived of his 5th Amendment right against deprivation of "life, liberty, or property without due process of law," and 14th Amendment right for "equal protection of the laws" of the United States, entitling the Plaintiff for relief from the Court and money damages.

(b) Defendants Jane Doe #1, John Doe #2, David Hoang, and John Doe #3 (all significant state actors) battered the Plaintiff by continually spraying or planting

foreign toxins (aerosol sprays, biowaste, human hairs, etc.) in Plaintiff's residence and food, on a daily basis, from March 2022 to July 2023 in Westminster, CA. and Garden Grove, CA. These defendants caused multiple injuries to the Plaintiff in the form of exposure to toxins, severe abdominal pain, headaches, nausea, internal bleeding, lung damage, and pain and suffering [Exhibits B, C, D, E]. As a result of the defendants' conduct, the Plaintiff incurred medical costs, lost wages, and pain and suffering in the amount of **$50,000** and may incur future medical costs for monitoring. By battering the Plaintiff, defendants Jane Doe #1, John Doe #2, David Hoang, and John Doe #3 caused the Plaintiff to be deprived of his 5th Amendment right against deprivation of "life, liberty, or property without due process of law;" and 14th Amendment right for "equal protection of the laws" of the United States, entitling the Plaintiff for relief from the Court and money damages as stated below.

**3) Claim 3: Damage to Personal Property (Viol. of 4th, 5th, and 14th Amendments)**

(a) Agents working as state actors for the *United States* have broken into Plaintiff's vehicles and damaged them on a daily basis from May 2021 until November 2023 [Exhibit F]. Vandalism has included damage to engine parts, electronic components, as well as interior and exterior of vehicles, resulting in damages of **$85,000.** By doing these things, defendant *United States* and its agents caused the Plaintiff to be deprived of his 4th Amendment rights against "unreasonable searches and seizures;" 5th Amendment right against deprivation of "life, liberty, or property without due process of law;" and 14th Amendment right for "equal protection of the laws" of the United States, entitling the Plaintiff for relief from the Court and money damages.

3

Exhibit A





Exhibit B

REYES, Rosario **DOB**: 10/22/1974 (47 yo M) **Acc No.** 289124 **DOS**: 03/18/2022



Reyes, Rosario

Progress Notes: Christine Tran

**Current Medications**
None

**Past Medical History**
Medical History Verified.

**Allergies**
Penicillin

**Review of Systems**
General/Constitutional:
Patient complaining of fatigue.
Change in appetite denies.
Chills denies. Fever denies.
Headache denies.
Respiratory:
Cough denies. Shortness of breath
at rest denies. Shortness of breath with
exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest
pain with exertion denies. Irregular
heartbeat denies. Shortness of
breath denies.
Gastrointestinal:
Abdominal pain admits.
Diarrhea denies. Nausea denies.
Vomiting denies.

Reason for Appointment
1. Stomach Pain, dizziness, fatigue x1 month

History of Present Illness
Constitutional:
Pt presents to clinic BIB self complaining of ==ongoing abdominal pain== ==and fatigue for over 1 month now.== Pt reports that the main reason that he came in today is to get bloodwork done to check for toxins/poisons. Pt reports that he thinks he is being slowly "poisoned" by the police, states that they have been following him and breaking into his storage area. Pt denies having a regular PCP or any recent routine bloodwork ==Pt admits to== ==drinking Nyquil prn at night to help him sleep, states that he has noticed== ==his symptoms more so after drinking Nyquil.== Pt denies fever, chills, body aches, night sweats, cold/flu symptoms, chest pain / SOB, n/v/d, changes in urination or BM, saddle anesthesia, muscle weakness, numbness/tingling/paresthesia, headache. Denies any medical hx, not taking any other medications other than OTC Nyquil.

Vital Signs
Temp **98.9 F**, BP 149/95 mm Hg, Oxygen sat % 100 %, HR 105 /min.

Examination
General Examination:
GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
SKIN: no suspicious lesions.
HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
LUNGS: pt speaking well.
PSYCH: alert.
PT REFUSED PHYSICAL EXAM, DID NOT WANT TO BE EXAMINED AT ALL, ONLY WANTED BLOODWORK.

Assessments
1. ==Abdominal pain, unspecified abdominal location -== R10.9 (Primary)
2. ==Fatigue, unspecified type -== R53.83
3. ==Elevated blood pressure reading -== R03.0
4. ==Tachycardia -== R00.0

Treatment

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 6/21/2022

---

**06/21/2022 - Phone Encounter in Alta Medical Group Huntington Beach Family Medicine**

Clinical Notes

Progress Notes

Wu, Sidney, MD at 6/21/2022 1500

# AltaMed
## QUALITY CARE WITHOUT EXCEPTION™

| Patient Name | Rosario Adolfo Reyes |
|---|---|
| MRN | 383254 |
| DOB / Age / Sex | 10/22/1974 / 47 y.o. / male |

Encounter Date: 6/21/2022

**Chief Complaint**
Patient presents with
- Consult
    Patient requesting lab orders

**HPI:**
HPI
Needs lab orders
Worried about 'toxins' esp as someone may be lacing food with poisons in last month (Nyquil? -- somnolence, SOB/cough, n/v)
u/c visited; wasn't able to do testing
still mild nausea still

Meds:
Stopped nyquil

S/shx:
vaccinated x 2 (J&J, pfizer)
still living in same place; feels safer now
# partners in last 3y: 1-2 (female only; usu no protection)

Reviewed:
8/2020
Neg/norm: Covid 19, vit D, tsh, cbc,bmp
Alt 53, glu 103
Tchol 286, hdl 34, trig 406
2019

---

Exhibit D



*Went to hospital (after I woke up around 4pm) and called police.*

**ED** 1/27/2023
GGH Emergency

Outside Information

*G.G. Hospital*

Rosario A Reyes - 48 y.o. Male; born Oct. 22, 1974
Encounter Summary, generated on Feb. 16, 2023

## Reason for Visit

| Reason | Comments |
| --- | --- |
| Poisoning | Pt reports he has been poisoned randomly for years. Pt reports watery eyes, SOB, nausea, vomiting. |

## Encounter Details

| Date | Type | Department | Care Team | Description |
| --- | --- | --- | --- | --- |
| 01/27/2023 | Emergency | GGH Emergency 12601 Garden Grove Blvd Garden Grove, CA 92843 714-741-2724 | Saelee, Samuel A, MD 1111 W La Palma Ave Anaheim, CA 92801-2804 714-774-1450 (Work) | Dyspnea (Primary Dx) |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
| --- | --- | --- | --- | --- |
| Smoking Tobacco: Never Assessed | | | | |

| Sex Assigned at Birth | Date Recorded |
| --- | --- |
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
| --- | --- | --- | --- |
| Blood Pressure | 147/86 | 01/27/2023 7:16 PM PST | |
| Pulse | 87 | 01/27/2023 7:16 PM PST | |
| Temperature | 36 °C (96.8 °F) | 01/27/2023 7:16 PM PST | |
| Respiratory Rate | 18 | 01/27/2023 7:16 PM PST | |
| Oxygen Saturation | 98% | 01/27/2023 7:16 PM PST | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 79.4 kg (175 lb) | 01/27/2023 7:16 PM PST | |
| Height | 177.8 cm (5' 10") | 01/27/2023 7:16 PM PST | |
| Body Mass Index | 25.11 | 01/27/2023 7:16 PM PST | |

*Was told by a nurse that Harbor UCLA med. center has Poison Detection kits*

*Doctor recommended Advanced Forensic Testing of blood and urine*

## Discharge Instructions - documented in this encounter

Discharge Instructions

Samuel A Saelee, MD - 01/27/2023 10:07 PM PST
Formatting of this note might be different from the original.
Return if worse, more symptoms, persistent shortness of breath.
Electronically signed by Samuel A Saelee, MD at 01/27/2023 10:07 PM PST

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg by mouth daily. | | 0 | | |

## Discharge Disposition - documented in this encounter

| Disposition | Code | Departure Means | Destination |
|---|---|---|---|
| Home or Self Care | | | Home |

## ED Notes - documented in this encounter

Table of Contents for ED Notes
Ryan Nguyen, RN - 01/27/2023 10:16 PM PST
Samuel A Saelee, MD - 01/27/2023 8:04 PM PST

Ryan Nguyen, RN - 01/27/2023 10:16 PM PST
Formatting of this note might be different from the original.
Pt discharged home. VSS, A&Ox4, even and unlabored respirations noted on room air. NAD. Discharge, follow up and medication instructions provided. Pt verbalized understanding of information. Copies of XR provided. All pt questions answered. All belongings taken home.

Electronically signed by Ryan Nguyen, RN at 01/27/2023 10:18 PM PST

Back to top of ED Notes

Samuel A Saelee, MD - 01/27/2023 8:04 PM PST
Formatting of this note is different from the original.
GGH EMERGENCY
12601 GARDEN GROVE BLVD
GARDEN GROVE CA 92843
714-537-5160

HISTORY OF PRESENT ILLNESS

Rosario A Reyes is a 48 y.o. male who presents to the ED with Poisoning (Pt reports he has been poisoned randomly for years. Pt reports watery eyes, SOB, nausea, vomiting.)

Source of info: History obtained via patient and EHR in Epic/CareEverywhere/EDIE notes if available.

HPI:
Rosario A Reyes is a 48 y.o. male who BIB/V'a car complaining of poisoning that occurred last night and the night before. Per patient, he thinks someone has broken into his house and put some unknown powder in his food and on his pillow. He reports thinking this due to a smell of chlorine in his room. Patient has associated nausea, dizziness, drowsiness, SOB, and coughing but denies any runny nose or abdominal pain. He denies any SI or HI. Patient denies any alcohol or drug usage. He denies smoking

He states he made the police report.
He also states similar things happened in a different city some years ago.
He denies any significant issues with any other person.

History:
Past Medical History:
Diagnosis Date
· Back pain
· DVD (dissociated vertical deviation)
· Ulcer (CMS/HCC)

PmHx: none. Patient denies DM, HTN
Patient denies history of psychiatric illness. Patient also denies history of heart disease or pulmonary disease.

Allergies: He is allergic to penicillins.

No past surgical history on file.

No family history on file.

Prior Meds:
Previous Medications
MELOXICAM (MOBIC) 15 MG TABLET Take 15 mg by mouth daily.

REVIEW OF SYSTEMS

Review of Systems:
ROS as per HPI otherwise negative.

PHYSICAL EXAMINATION

Triage Vitals
Temp 96.8 °F (36 °C)
BP 147/86
Pulse 87
Resp 18
SpO2 98 %
Weight / BMI: 79.4 kg (175 lb) Body mass index is 25.11 kg/m².

Initial Triage note reviewed

Physical Examination
Const: WD, WN, Vitals signs above reviewed and is borderline hypertensive. Non toxic appearing.normal
speech. NO coughing. No apparent distress.
Head: atraumatic
Eyes: Normal Conjunctiva, PERLA EOMI
ENT: Normal External Ears, Nose, and Mouth.
Neck: Full range of motion. No meningismus.
Resp: Clear to auscultation bilaterally. No wheezes or rhonchi.
Cardio: Regular rate and rhythm, no murmurs
Abd: Soft, non tender, non distended.
Skin: No petechiae or rashes
Back: No midline or flank tenderness. No redness or swelling noted.
Ext: No cyanosis, or edema. No deformity.
Neuro: Awake and alert. Oriented non-focal neurologically
Psych: Normal Mood and Affect

Despite his complaint physically there is no evidence of conjunctivitis or watery eyes, no evidence of
respiratory distress, patient appeared to be normal-appearing. I question paranoia. Patient doesn't seem
to be hallucinating.

DDX: Differential diagnosis include but not limited to atypical chest pain, pneumonia, pneumothorax,
exposure to unknown chemicals, electrolyte abnormality, drug exposure, etc. Not tachycardic with

normal pulseox

EKG sinus rhythm at a rate of 75 no acute ST changes no PVC noted.

REVIEW OF RESULTS

Lab results:
Labs Reviewed
CBC W/ AUTO DIFF - Abnormal        *Blood cells*
Result Value
WBC 12.50
RBC 5.39
Hemoglobin 16.2
Hematocrit 46.5
MCV 86.2
MCH 30.1
MCHC 34.9
RDW 14.0
Platelets 289
MPV 7.9
Neutrophils (Relative) 82.8
Lymphocytes (Relative) 9.7
Monocytes (Relative) 7.0
Eosinophils (Relative) 0.3
Basophils (Relative) 0.2
Neutrophils (Absolute) 10.4 (*)
Lymphocytes (Absolute) 1.2
Monocytes (Absolute) 0.9
Eosinophils (Absolute) 0.0
Basophils (Absolute) 0.0
SARS ANTIGEN - Normal
SARS Antigen, FIA Negative
Narrative:
Presumptive Negative results do not exclude infection, and must be confirmed with an FDA authorized molecular assay for clinical management, including infection control.
This test should be used for the qualitative detection of SARS antigen from both viable and non-viable SARS-CoV and SARS-CoV-2. Performance depends on the amount of viral antigen present. A negative test result may occur if the level of antigen in a sample is below the detection limit of the test or if the sample was collected or transported improperly. Tests results must be evaluated in conjunction with other clinical data. This test is only for use under the Food and Drug Administration's Emergency Use Authorization.
TROPONIN I - Normal
HS Troponin I 4
Narrative:
High-sensitivity Troponin I (hsTnI) assay can reliably detect low troponin concentrations relative to conventional troponin assays. It is the preferred marker of myocardial necrosis as recommended by the Fourth Universal Definition of Myocardial Infarction Guidelines.

The diagnosis of acute myocardial infarction (AMI) is made based on a rise or fall of troponin with at least one measurement exceeding the laboratory's upper limit of normal(indicating myocardial injury), in the context of reasonable suspicion for coronary ischemia (e.g. typical symptoms, changes on ECG

evidence for loss of myocardial function or demonstration of obstructive coronary artery disease).

NOTE: Although abnormal hsTnI values reflect INJURY to myocardial cells, an elevated hsTn does not indicate the CAUSE of injury (i.e. ischemia versus non-ischemic disease).

In some cases, myocardial injury is chronic and relatively stable such that hsTnI values remain elevated but do not change substantially over hours to days (examples include chronic kidney disease, heart failure or advanced patient age).

When determining whether there has been a significant rise or fall of troponin on serial sampling, absolute change in troponin concentration has greater diagnostic accuracy for AMI than relative change criteria. A change of >7 ng/L over a 2-hour interval or a change of >10 ng/L over a 3-hour interval is suggested as a significant change. If the initial hsTnI is below or slightly above the 99th percentile upper reference limit, a 50% change from the baseline is considered significant. If the initial hsTnI is above the 99th percentile upper reference limit, a 20% change from the baseline value is considered significant.

PROBNP - Normal
NT-PROBNP (PG/ML) 15
ETHANOL - Normal
Ethanol Level <3.0
URINE DRUG SCREEN - Normal
Cocaine Negative
Amphetamine Negative
Opiate Negative
Barbiturate Negative
CANNABINOID Negative
Benzodiazepine Negative
PHENCYCLIDINE Negative
Fentanyl Screen, Urine Negative
Narrative:
This drug screen method provides only a preliminary analytical test result. A more specific alternate chemical method must be used in order to obtain a confirmed analytical result. Gas chromatography/mass spectrometry is the preferred confirmatory method. Other chemical confirmation methods are available. Clinical consideration and professional judgment should be applied to any drug of abuse test result, particularly when preliminary positive results are used.

DRUG TEST CUT OFF

AMPHETAMINE QUAL. URINE 1000 NG/ML

BENZODIAZEPINE QUAL. URINE 200 NG/ML

COCAINE QUAL. URINE 300 NG/ML

OPIATE QUAL. URINE 300 NG/ML

BARBITURATE QUAL. URINE 200 NG/ML

CANNABINOID QUAL. URINE 50 NG/ML

PHENCYCLIDINE QUAL. URINE 25 NG/ML

FENTANYL QUAL. URINE 1.0 NG/ML

SALICYLATE LEVEL - Normal
Salicylate <2.8
ACETAMINOPHEN LEVEL - Normal
Acetaminophen Level <2.0
BASIC METABOLIC PANEL
Sodium 142
Potassium 3.8
Chloride 104
CO2 29.4
BUN 7.0
Creatinine 1.0
Glucose 112
Calcium 9.4
Glomerular Filtration Rate >90.0
Anion Gap 8.6
Narrative:
GFR estimate is calculated using the Modification of Diet
Renal Disease(MDRD)Equation. The National Kidney Disease
Education Program notes that performance of the MDRD
Equation has not been tested in children, adults below 18 years of age to over 70 years of age, pregnant
women, some patients with serious comorbid conditions or persons with extremes of body size, muscle
mass or nutrional status.
Application of the equation to these patient groups may
lead to errors in the GFR estimate.

INTERPRETATIVE DATA:
NORMAL: Greater than or equal to 60 ml/min/1.73 meters sq.
ABNORMAL: Less than 60 ml/min/1.73 meters sq.

GFR units are ml/min/1.73 meters sq.
ALL GFR VALUES ARE NORMALIZED TO AN AVERAGE SURFACE ARE SIZE OF 1.73 meters squared.

STAGES OF CHRONIC KIDNEY DISEASE

STAGE GFR DESCRIPTION
1 >90 Normal kidney function but urine finding
or structural abnormalities or genetic
trait point to kidney disease.
2 60-89 Mildly reduced kidney function and other
findings (as for stage 1) point to kidney
disease.
3 30-59 Moderately reduced kidney function.
4 15-29 Severely reduced kidney function.
5 <15 Very severe or end stage kidney failure

Labs reviewed independently by me.

Imaging Indication: Questionable exposure

Findings/Interpretation
X-ray shows no pneumonia or pneumothorax.
This was read by me and informed to the patient.

Overall testing in the emergency room shows no evidence of acute finding. EKG is unremarkable. UDS, Tylenol, salicylate, alcohol are unremarkable. Electrolytes unremarkable. Troponin is unremarkable. Coronavirus is negative. Respiratory rate and pulse ox are within normal limits.
Imaging
No results found.

Images independently reviewed by me. Patient/family was informed this is a preliminary reading only, and possibly final result may differ, and they may be given the phone call to update.

COURSE/MEDICAL DECISION MAKING

Current Vitals:
BP 147/86 (BP Location: Right arm, Patient Position: Sitting) | Pulse 87 | Temp 96.8 °F (36 °C) (Oral) | Resp 18 | Ht 5' 10" (1.778 m) | Wt 79.4 kg (175 lb) | SpO2 98% | BMI 25.11 kg/m²
Current Vital signs are stable, pulse ox is normal on RA

Rosario A Reyes presented to the Emergency Department by car for evaluation of possible exposure to unknown substance.

MDM/ED Course:

Medications - No data to display

perihilar markings

ED Course as of 01/27/23 2208
Fri Jan 27, 2023
2013 Sinus rhythm at the rate of 75 no acute ST changes no PVC. Essentially a unremarkable EKG. [SS]
2104 Chest x-ray as seen by me no gross consolidation or pneumonia. No pneumothorax. There is a slight prominent perihilar markings. This was explained to the patient that was my reading radiologist reading and to pull the formal x-ray report with follow-up. [SS]
2111 BMP troponin coronavirus, acetaminophen alcohol level and BMP are completely unremarkable. UDS unremarkable. CBC unremarkable. [SS]

ED Course User Index
[SS] Samuel A Saelee, MD

At this time patient has no symptoms and I do not see emergency medical condition at the present time. Patient was informed of all the findings. Patient was informed to follow-up with his primary care doctor and return was to the emergency room. Return precaution discussed with the patient. Patient also was informed to obtain the formal x-ray result when seen for follow-up.

Patient was informed of limitations of studies that are available in ER. He was informed that certain tests are not available in ED.   Advanced Forensic Testing recommended

Medication(s) and side effects, Results of studies discussed with patient

Critical Care Time: NA

I have discussed the treatment plan with patient/surrogate decision maker including that treatment options and resources available, although may be reduced secondary to the COVID-19 pandemic and/or available resources.
Family/signif other was involved whenever available.

Final diagnoses:
Dyspnea
c/o of possible unknown toxin exposure.

New Prescriptions
No medications on file

ED Disposition: Discharge

Patient/Surrogate decision make demonstrates capacity to follow discharge plan and return precautions

Md None Pcp, MD

In 2 days

GGH Emergency
12601 Garden Grove Blvd
Garden Grove California 92843
714-741-2724
Go to
As needed, If symptoms worsen

Scribed for Provider: Dr. Samuel Saelee, MD by Prathamesh Ahire, ER Scribe, on 01/27/23 at 8:23 PM
Scribe documentation authenticated by Samuel A Saelee, MD on 01/27/23 at 10:08 PM
This note was partially edited by a scribe, Prathamesh Ahire. All medical record entries made by the scribe were at my direction and personally dictated by me. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and emergency department course of this patient. I have reviewed and concur with any entries that may have been independently charted by the scribe relative to the review of systems, past, family and/or social history.

Samuel A Saelee, MD
01/27/23 2208

Samuel A Saelee, MD
01/27/23 2352

Electronically signed by Samuel A Saelee, MD at 01/27/2023 11:52 PM PST

Back to top of ED Notes

Exhibit E

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 2/16/2023

**02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine**

Clinical Notes

Progress Notes

Wu, Sidney, MD at 2/16/2023 1440

# AltaMed

## QUALITY CARE WITHOUT EXCEPTION™

| Patient Name | RJ Adolfo Reyes |
|---|---|
| MRN | 383254 |
| DOB / Age / Sex | 10/22/1974 / 48 y.o. / male |

Encounter Date: 2/16/2023

Chief Complaint
Patient presents with
- Follow-up
  Er visit gg hospital

HPI:
HPI
In spite of moving 3x (HB, Westminster, Westminster, now Garden Grove)
Room broken into, sprayed chemical onto bed, desk, tampered with food.
Resulted with nausea, vomiting, somnolence, nausea, dizziness, eye watering
Nothing stolen

Went to hospital 1/27/2023
All blood work done but "unable to detect forensic toxins"

Abnormal x-ray

S/shx:
lives with roommates in a house (good relationships)
Made police report, esp as caught on video
No bad actors, associates, crime involvement
Trying to start car dealership business
No n/e/d

FHx:

Huntington Beach
8041 Newman Ave.
Huntington Beach CA 92647-
7034

Reyes, Rosario Adolfo
MRN: 383254, DOB: 10/22/1974, Sex: M
Visit date: 2/16/2023

**02/16/2023 - Office Visit in Alta Medical Group Huntington Beach Family Medicine (continued)**

**Clinical Notes (continued)**

Reviewed:
1/27/2023:
Nomr/neg: bnp, tnl, uds, cbc, etoh, acetaminophen, salicylate, bmp

CXR prominent perihilar markings

**ROS:**
Review of Systems
Constitutional: Negative for activity change, appetite change and fever.
HENT: Negative for ear pain and sore throat.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea. Negative for abdominal pain, constipation, diarrhea and vomiting.
Genitourinary: Negative for dysuria.
Skin: Negative for rash.
Neurological: Negative for weakness and headaches.


**PMH/PSH:**
**Past Medical History:**
Diagnosis                              Date
• Scoliosis


History reviewed. No pertinent surgical history.
**Fhx:**
**Family History**
Problem        Relation    Name    Age of
                                                    Onset
• Diabetes      Mother
• Hyperlipid    Mother
  emia
• No Known    Father
  Problems


**S/SHx:**
**Social History**

Socioeconomic History
• Marital status:                    Single
     Spouse name:                Not on file
• Number of children:          Not on file
• Years of education:           Not on file
• Highest education level:    Not on file
Occupational History
• Not on file

Exhibit F

## Vehicles that have been damaged by Defendants

The following vehicles were damaged by defendant *United States* and its agents working as state actors from May 2021 to November 2023 after they would break in and enter the Plaintiff's vehicles. Plaintiff has had to replace multiple vehicles as a result. In some instances, vehicles were damaged beyond repair or were unregisterable due to the damages or check engine light on as a result of the damage [multiple photos and videos recorded on multiple dates with time stamps].

1) 1999 Ford Contour

- 3 new fuel pumps that were damaged and made inoperable after break-ins (possibly short-circuited), electronics damaged, catalytic converter, emissions system, windshield broken by a projectile on 7-4-21 in Huntington Beach, CA.. Vehicle was ultimately inoperable and unregisterable.

2) Ford Taurus

- Fuel pump damaged and made inoperable, multiple electronics, and electrical system that waw short-circuited while on the freeway in Tustin, CA..

3) Mazda MPV

- Fuel system, emissions system in Huntington Beach, CA..

4) 2009 Ford Focus

- Electronics that were being short-circuited remotely while Plaintiff was driving in Huntington Beach, CA.., Westminster, CA., and Anaheim, CA..

5) 2004 Audi A4

- Fuel system, fuel pump, numerous parts repeatedly damaged, ECU, electronics, damaged, panels, alarm disabled, scratched paint from drones; Packets of unknown powders and gases that were inserted into air vents

and panels.

6) 2004 BMW 325i

- Fuel system, electronics, damage to panels, multiple parts, damage to leather seats from unknown substances, scratched paint from government drones. Packets of unknown powders that were inserted into air vents. Projectile shot to left front tire.

7) 2007 Volvo S60

- Multiple electronics, ECU computers, sensors that were short-circuited, electronics controlled remotely [video recorded], scratched paint from drones.

8) 2010 Nissan Versa [currently]

- Electronics, damage to car seat fabric, scratched paint from drones, flattened tires from nails and fasteners which have been hammered into tires at night; Packets of unknown powders that have been inserted into air vents. Biowaste sprayed onto car fabric.

**TOTAL COSTS IN DAMAGES: $85,000**