# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     8:23-cv-01633-MWF-AJR                              Date:  March 4, 2024
                                                                Page 1 of 2

Title:  Rosario Adolfo Reyes Jauregui v. Department of Homeland Security, et al.,

DOCKET ENTRY:  **ORDER TO SHOW CAUSE RE FAILURE TO FILE AMENDED COMPLAINT AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                           None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On August 31, 2023, *pro se* Plaintiff Rosario Adolfo Reyes Jauregui ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. 1.) Plaintiff's initial complaint and First Amended Complaint were dismissed with leave to amend on November 2, 2023 and December 15, 2023 respectively. (See Dkts. 11 & 13.) In the December 15, 2023 dismissal order, the Court ordered Plaintiff to file a Second Amended Complaint ("SAC"), if any, by January 14, 2024. (Dkt. 13.) The Court also expressly warned Plaintiff that failure to timely file an amended complaint could result in a recommendation that this action be dismissed for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b). (Id. at 8.)

On January 14, 2024, Plaintiff requested a thirty-day extension of time. (Dkt. 17.) On January 17, 2024, the Court granted Plaintiff's request for more time and extended the deadline to file an amended complaint until February 16, 2024. (Dkt. 18.) As of today, however, the Court has neither received an amended complaint nor a request for additional time. This action cannot move forward unless and until Plaintiff files an amended

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      8:23-cv-01633-MWF-AJR                          Date: March 19, 2019
                                                              Page 2 of 2

Title:         Rosario Adolfo Reyes Jauregui v. Department of Homeland Security, et al.

complaint.  Plaintiff is ordered to file a SAC, if any, by **March 18, 2024** or show cause why the action should not be dismissed with prejudice for failure to prosecute.  If Plaintiff chooses to file a SAC, it should attempt to remedy the pleading defects identified in the December 15, 2023 dismissal order (Dkt. 13), bear the docket number assigned to this case (8:23-cv-01633-MWF-AJR), be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original Complaint, the First Amended Complaint, or any other documents (except any documents that Plaintiff chooses to attach to the SAC as exhibits).  Plaintiff is encouraged to state their claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  Should Plaintiff decide to file a SAC, they are strongly encouraged to utilize the Pro Se 15 form complaint attached to this Order.

     **Plaintiff is expressly advised that if they do not file a SAC by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**  If Plaintiff no longer wishes to pursue this action or certain claims or defendants, they may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

          IT IS SO ORDERED.


Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
Pro Se 15, Complaint for Violation of Civil Rights (Non-Prisoner), https://www.uscourts.gov/forms/pro-se-forms/complaint-violation-civil-rights-non-prisoner.