UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ADOLFO REYES JAUREGUI,<br><br>          Plaintiff<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>          Defendants. | Case No. SACV 23-1633-MWF (AJR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Second Amended Complaint and this action are **DISMISSED** with prejudice.

Dated: September 23, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge